Name & Address:
Janet L. Grumer (SBN232723)
Matthew D. Peterson (SBN251490)
Davis Wright Tremaine LLP
865 S. Figueroa Street, Suite 2400
Los Angeles, CA 90017
Tel: (213) 633-6800  Fax: (213) 633-6899
janetgrumer@dwt.com; matthewpeterson@dwt.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

VIVID ENTERTAINMENT, LLC, CALIFA PRODUCTIONS, INC., JANE DOE, a/k/a Kayden Kross, and JOHN DOE, a/k/a Logan Pierce,

Plaintiff(s)

v.

JONATHAN FIELDING, Director of Los Angeles County Department of Public Health, JACKIE LACEY, Los Angeles County District Attorney, and COUNTY OF LOS ANGELES

Defendant(s).

CASE NUMBER:
CV 13-00190-DDP (AGR)

ORDER ON
APPLICATION OF NON-RESIDENT ATTORNEY
TO APPEAR IN A SPECIFIC CASE

The Court, having reviewed proof of payment of the applicable fee and accompanying Application

of  H. Louis Sirkin , of  Santen & Hughes LPA
    *Applicant's Name*              *Firm Name / Address*

(513) 721-4450                       HLS@santen-hughes.com
*Telephone Number*                   *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of  ☒ Plaintiff  ☐ Defendant

☐ Intervener or other interested person _____

and the designation of  Matthew D. Peterson SBN251490
                       *Local Counsel Designee /State Bar Number*

of  Davis Wright Tremaine LLP, 865 S. Figueroa Street, Suite 2400, Los Angeles, CA 90017
    *Local Counsel Firm / Address*

(213) 633-6800                       (213) 633-6899
*Telephone Number*                   *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

GRANTED

Dated  01-16-13                      /s/ Hon. Dean D. Pregerson
                                     U. S. District Judge


American LegalNet, Inc.
www.FormsWorkFlow.com