1  JOHN F. KRATTLI, County Counsel
   RICHARD K. MASON, Assistant County Counsel
2  ROBERT E. RAGLAND, Principal Deputy County Counsel
   (SBN 175357) • *rragland@counsel.lacounty.gov*
3  ANDREA E. ROSS, Senior Deputy County Counsel
   (SBN 179398) • *aross@counsel.lacounty.gov*
4  648 Kenneth Hahn Hall of Administration
   500 West Temple Street
5  Los Angeles, California 90012-2713
   Telephone: (213) 787-2310 · Fax: (213) 680-2165
6
   Attorneys for Defendants
7  JONATHAN FIELDING, Director of Los
   Angeles County Department of Public
8  Health, JACKIE LACEY, Los Angeles
   County District Attorney, and COUNTY
9  OF LOS ANGELES

10
                  UNITED STATES DISTRICT COURT
11
                  CENTRAL DISTRICT OF CALIFORNIA
12

| | |
|---|---|
| VIVID ENTERTAINMENT, LLC; CALIFA PRODUCTIONS, INC.; JANE DOE a/d/a Kayden Kross; AND JOHN DOE a/k/a Logan Pierce,<br><br>Plaintiffs,<br><br>v.<br><br>JONATHAN FIELDING, Director of Los Angeles County Department of Public Health, JACKIE LACEY, Los Angeles County District Attorney, and COUNTY OF LOS ANGELES,<br><br>Defendants. | CASE NO. CV 13-00190 DDP (AGRx)<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFFS' INITIAL COMPLAINT BY NOT MORE THAN 23 DAYS**<br><br>Assigned to the Hon. Dean Pregerson, Courtroom 3 – Spring Street<br><br>Complaint Served: January 14, 2013<br>Current Response Date: Feb. 4, 2013<br>New Response Date: February 27, 2013 |

   IT IS HEREBY STIPULATED by and between the parties, pursuant to Local Rule 8-3, that the date on which Defendants may answer or otherwise respond to Plaintiffs' Complaint is extended by 23 days up to and including February 27, 2013.

| | | |
|---|---|---|
| 1 | DATED: February __, 2013 | DAVIS WRIGHT TREMAINE LLP |

By _____
JANET L. GRUMER

Attorneys for Plaintiffs
VIVID ENTERTAINMENT, LLC; CALIFA PRODUCTIONS, INC.; JANE DOE a/k/a Kayden Kross; AND JOHN DOE a/k/a Logan Pierce

DATED: February 1, 2013

Respectfully submitted,

JOHN F. KRATTLI
County Counsel

By _____
ROBERT E. RAGLAND
Principal Deputy County Counsel

Attorneys for JONATHAN FIELDING, Director of Los Angeles County Department of Public Health, JACKIE LACEY, Los Angeles County District Attorney, and COUNTY OF LOS ANGELES