1  PATRICIA L. GLASER - State Bar No. 55668
   pglaser@glaserweil.com
2  JOEL N. KLEVENS - State Bar No. 45446
   jklevens@glaserweil.com
3  JOHN LY - State Bar No. 247477
   jly@glaserweil.com
4  GLASER WEIL FINK JACOBS
     HOWARD AVCHEN & SHAPIRO LLP
5  10250 Constellation Boulevard, 19th Floor
   Los Angeles, California 90067
6  Telephone: (310) 553-3000
   Facsimile:  (310) 556-2920

7
   *Attorneys for Defendants County of Los Angeles,*
8  *Dr. Jonathan Fielding, and Jackie Lacey*

9           UNITED STATES DISTRICT COURT
            CENTRAL DISTRICT OF CALIFORNIA
10

11 | VIVID ENTERTAINMENT, LLC;            | CASE NO. CV 13-00190 DDP (AGI)
   | CALIFA PRODUCTIONS, INC.; JANE       |
12 | DOE a/k/a Kayden Kross; and JOHN     | Hon. Dean Pregerson
   | DOE a/k/a Logan Pierce,              |
13 |                                      | **DEFENDANTS' STATEMENT OF
   |           Plaintiffs,                | NON-OPPOSITION TO
14 |                                      | PROPOSED INTERVENORS'
   | vs.                                  | MOTION TO INTERVENE**
15 |                                      |
   | JONATHAN FIELDING, Director of       | Date:       April 1, 2013
16 | Los Angeles County Department of     | Time:       10:00 a.m.
   | Public Health, JACKIE LACEY, Los     | Courtroom:  3
17 | Angeles County District Attorney, and|
   | COUNTY OF LOS ANGELES,               |
18 |                                      |
   |           Defendants.                |
19

20
21
22
23
24
25
26
27
28

---

**DEFENDANTS' NON-OPPOSITION TO PROPOSED INTERVENORS' MOTION TO INTERVENE**

794834

Defendants' Jonathan Fielding, Jackie Lacey, and County of Los Angeles (collectively, "Defendants") hereby state that they do not oppose the Proposed Intervenors' Motion to Intervene (docket no. 24).

DATED: March 11, 2013

GLASER WEIL FINK JACOBS
HOWARD AVCHEN & SHAPIRO LLP

By: /s/ Joel N. Klevens
PATRICIA L. GLASER
JOEL N. KLEVENS
JOHN LY
*Attorneys for Defendants County of Los Angeles, Dr. Jonathan Fielding, and Jackie Lacey*