PATRICIA L. GLASER - State Bar No. 55668
pglaser@glaserweil.com
JOEL N. KLEVENS - State Bar No. 45446
jklevens@glaserweil.com
JOHN LY - State Bar No. 247477
jly@glaserweil.com
GLASER WEIL FINK JACOBS
  HOWARD AVCHEN & SHAPIRO LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
Telephone:  (310) 553-3000
Facsimile:  (310) 556-2920

*Attorneys for Defendants County of Los Angeles,
Dr. Jonathan Fielding, and Jackie Lacey*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIVID ENTERTAINMENT, LLC; CALIFA PRODUCTIONS, INC.; JANE DOE a/k/a Kayden Kross; and JOHN DOE a/k/a Logan Pierce,<br><br>Plaintiffs,<br><br>vs.<br><br>JONATHAN FIELDING, Director of Los Angeles County Department of Public Health, JACKIE LACEY, Los Angeles County District Attorney, and COUNTY OF LOS ANGELES,<br><br>Defendants. | CASE NO. CV 13-00190 DDP (AGI)<br><br>Hon. Dean Pregerson<br><br>**DEFENDANTS' *SUPPLEMENTAL* STATEMENT OF NON-OPPOSITION TO PROPOSED INTERVENORS' MOTION TO INTERVENE**<br><br>Date:        April 15, 2013<br>Time:        10:00 a.m.<br>Courtroom: 3 |

*Glaser Weil Fink Jacobs*
*Howard Avchen & Shapiro LLP*

1    Defendants Jonathan Fielding, Jackie Lacey, and County of Los Angeles
2  (collectively, "Defendants") submit this ***Supplemental*** Statement of Non-Opposition
3  to Proposed Intervenors' Motion to Intervene ("Supplemental Non-Opposition").[1]
4  This Supplemental Non-Opposition is filed in response to the Opposition to the
5  Proposed Intervenors' Motion to Intervene ("Opposition") filed by Plaintiffs Vivid
6  Entertainment, LLC, Califa Productions, Inc., Jane Doe a/k/a Kayden Kross, John
7  Doe a/k/a Logan Pierce (collectively, "Plaintiffs").  In the Opposition, Plaintiffs
8  mischaracterized Defendants' position with respect to the County of Los Angeles
9  Safer Sex in the Adult Film Industry Act ("Measure B") by stating that Defendants
10 had elected to defend the constitutionality of Measure B.  Contrary to Plaintiffs'
11 assertions, Defendants have declined to defend the constitutionality of Measure B and
12 have taken a position of neutrality regarding whether Measure B is constitutional
13 and/or preempted by California law.

14    Because Defendants are not defending the constitutionality of Measure B,
15 Defendants do not oppose the motion to intervene filed by the proponents of Measure
16 B in this action.  *See Perry v. Brown*, 52 Cal.4th 1116, 1139 (2011) (holding that
17 proponents of initiative measure have authority to defend initiative's validity when
18 elected officials decline to do so).  In fact, Defendants indicated in their Answer that
19 Measure B's proponents were necessary parties in litigating the constitutionality of
20 Measure B.  (Defendants' Answer to Complaint, ("Answer"), First and Second
21 Affirmative Defenses, Dock. #21.)

22    Also, contrary to Plaintiffs' contentions, Defendants filed the Answer and hired
23 outside counsel to defend the individual defendants named by Plaintiffs in the
24 Complaint.[2]  As Defendants stated in the preamble of their Answer, Defendants

25

26 [1] Defendants filed a Statement of Non-Opposition to Proposed Intervenors' Motion to Intervene on March 11, 2013.  (*See* Dock. # 28.)

27 [2] In the event that Measure B is declared unconstitutional and/or preempted by California law, Defendants maintain that they are not responsible for reimbursing
28 Plaintiffs' attorneys' fees.  (Answer, Eighth Affirmative Defense); *Washburn v. City*

*Glaser Weil Fink Jacobs Howard Avchen & Shapiro LLP*

1   support efforts by Plaintiffs and the Proposed Intervernors to resolve the important

2   constitutional questions raised by Measure B as expeditiously as possible. (Answer,

3   Preamble.)

4          Accordingly, Defendants respectfully submit this Supplemental Non-

5   Opposition to clarify Defendants' position before the hearing on Proposed

6   Intervenors' Motion to Intervene.

7

8   DATED:  March 29, 2013          GLASER WEIL FINK JACOBS
                                    HOWARD AVCHEN & SHAPIRO LLP
9

10                                  By: /s/ Joel N. Klevens
11                                      PATRICIA L. GLASER
12                                      JOEL N. KLEVENS
                                        JOHN LY
13                                      *Attorneys for Defendants County of Los Angeles,*
14                                      *Dr. Jonathan Fielding, and Jackie Lacey*

15

16

17

18

19

20

21

22

23

24

25

26

27

28   *of Berkeley*, 195 Cal. App. 3d 578, 581 (1987)

2

794834