1  PAUL J. CAMBRIA, JR. (State Bar No. 177957)
       pcambria@lglaw.com
2  LIPSITZ GREEN SCIME CAMBRIA LLP
   1631 West Beverly Blvd., Second Floor
3  Los Angeles, CA 90026
   Telephone: (323) 883-1807
4

5  *See attached for additional counsel for Plaintiffs*

6  Attorneys for Plaintiffs
   VIVID ENTERTAINMENT, LLC; CALIFA
7  PRODUCTIONS, INC.; JANE DOE A/K/A
   KAYDEN KROSS; AND JOHN DOE A/K/A
8  LOGAN PIERCE
9

10

11                  UNITED STATES DISTRICT COURT

12              CENTRAL DISTRICT OF CALIFORNIA

13

14  VIVID ENTERTAINMENT, LLC;          )   Case No. **CV13-00190 DDP (AGRx)**
    CALIFA PRODUCTIONS, INC.; JANE     )   Assigned to the Hon. Dean D. Pregerson
15  DOE a/k/a Kayden Kross; and JOHN   )
    DOE a/k/a Logan Pierce,            )
16                                     )   **NOTICE OF LODGING OF
                                       )   [PROPOSED] ORDER RE MOTION
17            Plaintiffs,              )   FOR PRELIMINARY INJUNCTION**
                                       )
18       vs.                          )
                                       )
19  JONATHAN FIELDING, Director of     )   Date:  May 6, 2013
    Los Angeles County Department of   )   Time:  10:00 a.m.
20  Public Health, JACKIE LACEY, Los   )
    Angeles County District Attorney, and )  Courtroom 3
21  COUNTY OF LOS ANGELES             )
                                       )   Action Filed:      January 10, 2012
22            Defendants.              )
                                       )
23                                     )
                                       )
24                                     )
                                       )
25                                     )
                                       )
26

27

28

NOTICE OF LODGING
DWT 21614080v1 0097322-000001

*Additional counsel for Plaintiffs:*

JANET L. GRUMER (State Bar No. 232723)
    janetgrumer@dwt.com
MATTHEW D. PETERSON (State Bar No. 251490)
    matthewpeterson@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, Suite 2400
Los Angeles, CA  90017-2566
Telephone: (213) 633-6800

H. LOUIS SIRKIN (*Admitted Pro Hac Vice*)
    HLS@santen-hughes.com
Santen & Hughes LPA
600 Vine Street, Suite 2700
Cincinnati, OH 45202
Telephone: (513) 721-4450

ROBERT CORN-REVERE (*Admitted Pro Hac Vice*)
    bobcornrevere@dwt.com
RONALD G. LONDON (*Admitted Pro Hac Vice*)
    ronnielondon@dwt.com
DAVIS WRIGHT TREMAINE LLP
1919 Pennsylvania Avenue, NW, Suite 800
Washington, DC 20006
Telephone: (202) 973-4200

NOTICE OF LODGING
DWT 21614080v1 0097322-000001

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, Plaintiffs VIVID ENTERTAINMENT, LLC, CALIFA PRODUCTIONS, INC., JANE DOE a/k/a KAYDEN KROSS, and JOHN DOE a/k/a LOGAN PIERCE hereby lodges with the Court the [Proposed] Order re Motion for Preliminary Injunction, attached hereto as **EXHIBIT A.**

DATED: April 5, 2013       DAVIS WRIGHT TREMAINE LLP

By:   /s/ Matthew D. Peterson
       Matthew D. Peterson

Attorneys for Plaintiffs
VIVID ENTERTAINMENT, LLC;
CALIFA PRODUCTIONS, INC.;
JANE DOE a/k/a Kayden Kross; and
JOHN DOE a/k/a Logan Pierce

NOTICE OF LODGING
DWT 21614080v1 0097322-000001

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

# EXHIBIT "A"

1
2
3
4
5
6
7
8
9
10
11

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

12  VIVID ENTERTAINMENT, LLC;              ) Case No. **CV 13-00190 DDP (AGRx)**
    CALIFA PRODUCTIONS, INC.;             )
    JANE DOE a/k/a Kayden Kross;          )
13  and JOHN DOE a/k/a Logan Pierce,      ) **[PROPOSED] ORDER RE MOTION**
                                          ) **FOR PRELIMINARY INJUNCTION**
14                  Plaintiffs,           )
                                          ) Date:  May 6, 2013
15             vs.                        ) Time:  10:00 a.m.
                                          )
16  JONATHAN FIELDING, Director of        ) Courtroom 3
    Los Angeles County Department of      )
17  Public Health, JACKIE LACEY, Los      ) Action Filed:       January 10, 2012
    Angeles County District Attorney, and )
18  COUNTY OF LOS ANGELES                 ) [Filed concurrently with Motion for
                                          ) Preliminary Injunction and Request for
19                  Defendants.           ) Judicial Notice]
                                          )
20                                        )

21
22
23
24
25
26
27
28

# [PROPOSED] ORDER

Having considered the Motion for Preliminary Injunction and its supporting papers submitted by Plaintiffs Vivid Entertainment, LLC, Califa Productions, Inc., Jane Doe a/k/a Kayden Kross, and John Doe a/k/a Logan Pierce ("Plaintiffs"), opposition documents, and oral argument, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Motion for Preliminary Injunction is GRANTED, as follows:

1.    Defendants County of Los Angeles, Jonathan Fielding, Director of the Los Angeles County Department of Public Health, Jackie Lacey, Los Angeles County District Attorney ("Defendants"), and their agents, employees and representatives, are hereby enjoined from enforcing Los Angeles County Code, Division 1, Title 11, Chapter 11.39, sections 11.39.005 through 11.39.150, and Division 1, Title 22, section 22.56.1925 (collectively "Measure B") during the pendency of the above entitled action.

2.    No other entity, whether public or private, may enforce Measure B during the pendency of the above entitled action.

**IT IS SO ORDERED.**

DATED: _____    By:_____

Hon. Dean D. Pregerson

[PROPOSED] ORDER
DWT 21572506v2 0097322-000001

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899