# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 13-00190 DDP (AGRx) | Date | April 15, 2013 |

Title   VIVID ENTERTAINMENT, LLC; CALIFA PRODUCTIONS, INC.; JANE DOE a/k/a KAYDEN KROSS -V- JONATHAN FIELDING, DIRECTOR OF LOS ANGELES COUNTY DEPARTMENT OF PUBLIC HEALTH; JACKIE LACEY, LOS ANGELES COUNTY DISTRICT ATTORNEY, and COUNTY OF LOS ANGELES

Present: The Honorable   DEAN D. PREGERSON, U.S. DISTRICT JUDGE

| John A. Chambers | Maria Bustillos | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| H. Louis Sirkin | John K. Ly |
| Paul J. Cambria , Jr. | |
| | Attorneys Present for the Interveners: |
| | Samantha Robin Azulay |
| | Christina Yang |

Proceedings:

MOTION TO INTERVENE (DOCKET NUMBER 24)

Court hears oral argument and takes the matter under submission.

| | 0 0 | : | 12 |
|---|---|---|---|
| | Initials of Preparer | | JAC |