PATRICIA L. GLASER - State Bar No. 55668
pglaser@glaserweil.com
JOEL N. KLEVENS - State Bar No. 45446
jklevens@glaserweil.com
JOHN LY - State Bar No. 247477
jly@glaserweil.com
GLASER WEIL FINK JACOBS
  HOWARD AVCHEN & SHAPIRO LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
Telephone: (310) 553-3000
Facsimile: (310) 556-2920

*Attorneys for Defendants County of Los Angeles,
Dr. Jonathan Fielding, and Jackie Lacey*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIVID ENTERTAINMENT, LLC; CALIFA PRODUCTIONS, INC.; JANE DOE a/k/a Kayden Kross; and JOHN DOE a/k/a Logan Pierce,<br><br>Plaintiffs,<br><br>vs.<br><br>JONATHAN FIELDING, Director of Los Angeles County Department of Public Health, JACKIE LACEY, Los Angeles County District Attorney, and COUNTY OF LOS ANGELES,<br><br>Defendants. | CASE NO. CV 13-00190 DDP (AGI)<br><br>Hon. Dean Pregerson<br><br>**DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION FOR JUDGMENT ON THE PLEADINGS AND MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date: May 6, 2013<br>Time: 10:00 a.m.<br>Courtroom: 3 |

Defendants Jonathan Fielding, Jackie Lacey, and County of Los Angeles (collectively, "Defendants") submit their Response to the Motion for Judgment on the Pleadings and Motion for Preliminary Injunction (the "Motions") filed by Vivid Entertainment, LLC, Califa Productions, Inc., Jane Doe a/k/a Kayden Kross, John Doe a/k/a Logan Pierce ("Plaintiffs").  As stated in prior court filings, and before this Court, Defendants have declined to defend the constitutionality of the County of Los Angeles Safer Sex in the Adult Film Industry Act ("Measure B") and have taken a position of neutrality regarding whether Measure B is constitutional and/or preempted by California law.  For these reasons, Defendants do not take a position on the merits of the Motions and support efforts by Plaintiffs and Proposed Intervenors to resolve the important constitutional challenges raised in the Motions as expeditiously as possible.

Although Defendants do not take a position on Plaintiffs' constitutional challenges to Measure B, Defendants dispute Plaintiffs' representation in their Motion for Judgment on the Pleadings that the Department of Public Health (the "Department") failed to "obtain reliable evidence supporting the provisional fee" for Measure B permits.  (*See* Plaintiffs' Judgment on Pleadings, 13:23-14-10.)  In particular, Plaintiffs contend that "[t]he Department [of Public Health] set the 'provisional fee' range in a December 14, 2012 letter, that was devoid of analysis, findings, factual basis, or explanation . . ." (*Id.*)  Plaintiffs' representations are improper because they rely upon Plaintiffs' interpretation of the *contents* of a December 14, 2012 letter that Plaintiffs ask this Court to judicially notice.  Because Defendants dispute Plaintiffs' interpretation of the contents of the letter (and not the letter's existence), Plaintiffs' representations regarding the provisional fee should be disregarded for purposes of their Motion for Judgment on the Pleadings.  *See Cactus Corner, LLC v. U.S. Dept. of Agric.*, 346 F. Supp. 2d 1075, 1100 (E.D. Cal. 2004) ("To the extent [the public documents'] contents are in dispute, such matters of controversy are not appropriate subjects for judicial notice.") aff'd, 450 F.3d 428 (9th

1  Cir. 2006).

2      Defendants submit this Response with the understanding that Proposed Intervenors' Motion to Intervene, which was heard by this Court on April 15, 2013, was taken under submission.  During the hearing, the Court stated that it was inclined to grant the Motion to Intervene and requested that Plaintiffs and Proposed Intervenors submit a briefing schedule for the Motions.  Because no briefing schedule has been submitted, and the Motions remain on calendar, Defendants submit this Response and reserve their right to submit an amended and/or additional response, if necessary, once a briefing schedule is submitted and approved by the Court.

DATED:  April 15, 2013    GLASER WEIL FINK JACOBS
                                      HOWARD AVCHEN & SHAPIRO LLP

                                By: /s/ Joel N. Klevens
                                   PATRICIA L. GLASER
                                   JOEL N. KLEVENS
                                   JOHN LY
                                   *Attorneys for Defendants County of Los Angeles, Dr. Jonathan Fielding, and Jackie Lacey*

**DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION FOR JUDGMENT ON THE PLEADINGS AND MOTION FOR PRELIMINARY INJUNCTION**

801128