Tom Myers (SBN 176008)
E-Mail: tom.myers@aidshealth.org
Samantha R. Azulay (SBN 283424)
E-Mail: Samantha.azulay@aidshealth.org
Christina Yang (SBN 266363)
E-Mail: Christina.yang@aidshealth.org
AIDS Healthcare Foundation
6255 W. Sunset Blvd., 21st FL
Los Angeles, CA 90028
323-860-5200
Fax: 323-467-8450
*Attorneys for Intervenors*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| VIVID ENTERTAINMENT, LLC; CALIFA PRODUCTIONS, INC.; JANE DOE a/k/a Kayden Kross; and JOHN DOE a/k/a Logan Pierce,<br><br>Plaintiffs,<br><br>vs.<br><br>JONATHAN FIELDING, Director of Los Angeles County Department of Public Health, JACKIE LACEY, Los Angeles County District Attorney, and COUNTY OF LOS ANGELES,<br><br>Defendants, and<br><br>MICHAEL WEINSTEIN, MARIJANE JACKSON, ARLETTE DE LA CRUZ, MARK MCGRATH, WHITNEY ENGERAN, and the CAMPAIGN COMMITTEE YES ON B, MAJOR FUNDING BY THE AIDS HEALTHCARE FOUNDATION<br><br>Defendant-Intervenors. | Case No.: 13-CV-00190-DDP-AGR<br><br>PLAINTIFFS' AND INTERVENORS' STIPULATION TO TAKE THE MAY 6, 2013 HEARING ON PLAINTIFFS' MOTION FOR JUDGMENT ON THE PLEADINGS OFF CALENDAR, TO CONTINUE PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION, AND TO SCHEDULE BRIEFING AND HEARING ON INTERVENORS' MOTION TO DISMISS<br><br>**[Proposed] Order Re Stipulation filed concurrently]**<br><br>Judge:        Dean D. Pregerson<br>Action Filed: January 10, 2013 |

1

**STIPULATION TO TAKE THE MAY 6, 2013 HEARING ON PLAINTIFFS' MOTION FOR JUDGMENT ON THE PLEADINGS OFF CALENDAR, TO CONTINUE PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION, AND TO SCHEDULE BRIEFING AND A HEARING ON INTERVENORS' MOTION TO DISMISS**

## STIPULATION TO TAKE THE MAY 6 HEARING ON PLAINTIFFS' MOTION FOR JUDGMENT ON THE PLEADINGS OFF CALENDAR, TO CONTINUE PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION, AND TO SCHEDULE BRIEFING AND HEARING ON INTERVENORS' MOTION TO DISMISS

*Whereas* Plaintiffs Vivid Entertainment, LLC Califa Productions, Inc., Jane Doe a/k/a Kayden Kross and John Doe a/k/a Logan Pierce (collectively "Plaintiffs") filed their Complaint commencing this action on January 10, 2013 (Docket No. 1);

*Whereas* Intervenors Michael Weinstein, Marijane Jackson, Arlette De La Cruz, Mark McGrath, Whitney Engeran, and the Campaign Committee Yes on B, Major Funding by the AIDS Healthcare Foundation (collectively "Intervenors") filed a Motion to Intervene on March 1, 2013 (Docket No. 28), which was granted by the Court on April 16, 2013 (Docket No. 44);

*Whereas* Plaintiffs filed a Motion for Judgment on the Pleadings and a Motion for Preliminary Injunction on April 5, 2013 (Docket Nos. 37 and 39 respectively);

*Whereas* a hearing on Plaintiffs' Motion for Preliminary Injunction and Motion for Judgment on the Pleadings is currently scheduled for May 6, 2013;

*Whereas* Plaintiffs and Intervenors have agreed to take the May 6, 2013 hearing on Plaintiffs' Motion for Judgment on the Pleadings off calendar, and continue it, if necessary, to a later date to be determined, for which Plaintiffs will re-notice as appropriate, and meet and confer with Intervenors prior to doing so;

*Whereas* Intervenors require additional time to respond to the Motion for Preliminary Injunction;

*Whereas* Plaintiffs and Intervenors have agreed to continue the hearing on Plaintiffs' Motion for Preliminary Injunction to June 10, 2013;

*Whereas* no prior requests for continuance of the hearing on the Motion for Preliminary Injunction or Motion for Judgment on the Pleadings have been filed;

*Whereas* Intervenors intend to file a Motion to Dismiss in response to the Complaint if the parties cannot resolve their issues through a meet and confer process pursuant to Local Rule 7-3;

*Whereas* the Court's calendar indicates June 10, 2013 is available for law and motion hearings;

Accordingly, Plaintiffs and Intervenors stipulate to and respectfully request the following schedule:

1. The previously scheduled May 6, 2013 hearing on Plaintiffs' Motion for Judgment on the Pleadings shall be taken off calendar;

2. The May 6, 2013 hearing on Plaintiffs' Motion for Preliminary Injunction shall be continued to June 10, 2013;

3. Intervenors shall file their response to Plaintiffs' Motion for Preliminary Injunction by May 13, 2013;

4. Intervenors shall file their Motion to Dismiss the Complaint (if the parties are unable to resolve their issues through a meet and confer process), or shall otherwise respond to the Complaint, by May 10, 2013;

5. Intervenors' Motion to Dismiss shall be set for hearing on June 10, 2013.

Dated: April 30, 2013         AIDS HEALTHCARE FOUNDATION
                              TOM MYERS
                              SAMANTHA R. AZULAY
                              CHRISTINA YANG

                              By: /s/ Samantha R. Azulay
                              Attorneys for Intervenors
                              MICHAEL WEINSTEIN, MARIJANE
                              JACKSON, ARLETTE DE LA CRUZ, MARK
                              MCGRATH, WHITNEY ENGERAN, AND THE

3

STIPULATION TO TAKE THE MAY 6, 2013 HEARING ON PLAINTIFFS' MOTION FOR JUDGMENT ON THE PLEADINGS OFF CALENDAR, TO CONTINUE PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION, AND TO SCHEDULE BRIEFING AND A HEARING ON INTERVENORS' MOTION TO DISMISS

                                  CAMPAIGN COMMITTEE YES ON B, MAJOR FUNDING BY THE AIDS HEALTHCARE FOUNDATION

Dated: April 30, 2013         LIPSITZ GREEN SCIME CAMBRIA LLP
PAUL J. CAMBRIA, JR.
SANTEN & HUGHES LPA
H. LOUIS SIRKIN

DAVIS WRIGHT TREMAINE LLP
ROBERT CORN-REVERE
RONALD G. LONDON
JANET GRUMER
MATTHEW D. PETERSON

By: /s/ Ronald G. London
Attorneys for Plaintiffs
VIVID ENTERTAINMENT, LLC;
CALIFA PRODUCTIONS, INC.;
JANE DOE a/k/a Kayden Kross; and
JOHN DOE a/k/a Logan Pierce

4

**STIPULATION TO TAKE THE MAY 6, 2013 HEARING ON PLAINTIFFS' MOTION FOR JUDGMENT ON THE PLEADINGS OFF CALENDAR, TO CONTINUE PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION, AND TO SCHEDULE BRIEFING AND A HEARING ON INTERVENORS' MOTION TO DISMISS**