1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| VIVID ENTERTAINMENT, LLC; CALIFA PRODUCTIONS, INC.; JANE DOE a/k/a Kayden Kross; and JOHN DOE a/k/a Logan Pierce,<br><br>    Plaintiffs,<br>  vs.<br><br>JONATHAN FIELDING, Director of Los Angeles County Department of Public Health, JACKIE LACEY, Los Angeles County District Attorney, and COUNTY OF LOS ANGELES,<br><br>    Defendants, and<br><br>MICHAEL WEINSTEIN, MARIJANE JACKSON, ARLETTE DE LA CRUZ, MARK MCGRATH, WHITNEY ENGERAN, and the CAMPAIGN COMMITTEE YES ON B, MAJOR FUNDING BY THE AIDS HEALTHCARE FOUNDATION<br><br>    Defendant-Intervenors. | Case No.: CV 13-00190 DDP (AGRx)<br><br>ORDER RE STIPULATION TO TAKE THE MAY 6, 2013 HEARING ON PLAINTIFFS' MOTION FOR JUDGMENT ON THE PLEADINGS OFF CALENDAR, TO CONTINUE PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION, AND TO SCHEDULE BRIEFING AND HEARING ON INTERVENORS' MOTION TO DISMISS |

1
**[PROPOSED] ORDER**

**ORDER**

Having considered the stipulation submitted by Intervenors Michael Weinstein, Marijane Jackson, Arlette De La Cruz, Mark McGrath, Whitney Engeran, and the Campaign Committee Yes on B, Major Funding by the AIDS Healthcare Foundation ("Intervenors") and Plaintiffs Vivid Entertainment, LLC, Califa Productions, Inc., Jane Doe a/k/a Kayden Kross, and John Doe a/k/a Logan Pierce ("Plaintiffs"), IT IS ORDERED that the Stipulation as modified by the Court is GRANTED, as follows:

1. The May 6, 2013 hearing on Plaintiffs' Motion for Preliminary Injunction (DOCKET NUMBER 39) shall be continued to **June 24, 2013** at 10:00 a.m.;
2. **The MOTION FOR JUDGMENT ON THE PLEADINGS FILED BY PLAINTIFF CALIFA PRODUCTIONS, INC., JANE DOE A/K/A KAYDEN KROSS, JOHN DOE A/K/A LOGAN PIERCE, AND VIVID ENTERTAINMENT, LLC (DOCKET NUMBER 37) is VACATED (to be completely re-filed if needed).**
3. Intervenors shall file their response to Plaintiffs' Motion for Preliminary Injunction by May 13, 2013;
4. Intervenors shall file their Motion to Dismiss the Complaint (if the parties are unable to resolve their issues through a meet and confer process), or shall otherwise respond to the Complaint, by May 10, 2013.

**IT IS SO ORDERED.**

Dated: May 01, 2013

Hon. Dean D. Pregerson