PAUL J. CAMBRIA, JR. (State Bar No. 177957)
  pcambria@lglaw.com
LIPSITZ GREEN SCIME CAMBRIA LLP
1631 West Beverly Blvd., Second Floor
Los Angeles, CA 90026
Telephone: (323) 883-1807

JANET L. GRUMER (State Bar No. 232723)
  janetgrumer@dwt.com
MATTHEW D. PETERSON (State Bar No. 251490)
  matthewpeterson@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, Suite 2400
Los Angeles, CA 90017-2566
Telephone: (213) 633-6800

*See attached for additional counsel for Plaintiffs*

Attorneys for Plaintiffs
VIVID ENTERTAINMENT, LLC; CALIFA PRODUCTIONS, INC.; JANE DOE A/K/A KAYDEN KROSS; AND JOHN DOE A/K/A LOGAN PIERCE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIVID ENTERTAINMENT, LLC; CALIFA PRODUCTIONS, INC.; JANE DOE a/k/a Kayden Kross; and JOHN DOE a/k/a Logan Pierce,<br><br>Plaintiffs,<br><br>vs.<br><br>JONATHAN FIELDING, Director of Los Angeles County Department of Public Health, JACKIE LACEY, Los Angeles County District Attorney, and COUNTY OF LOS ANGELES<br><br>Defendants. | Case No. **CV 13-00190 DDP (AGRx)**<br>Assigned to the Hon. Dean D. Pregerson<br><br>**STIPULATION FOR A SEVEN DAY CONTINUANCE OF HEARING ON PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND BRIEFING SCHEDULE ON INTERVENORS' MOTION TO DISMISS COMPLAINT**<br><br>Current Hearing Date: June 24, 2013<br>[Proposed] Hearing Date: July 1, 2013<br><br>**[[Proposed] Order Re Stipulation filed concurrently]**<br><br>Action Filed: January 10, 2013 |

STIPULATION
DWT 21869126v2 0097322-000001

*Additional counsel for Plaintiffs:*

H. LOUIS SIRKIN (*Admitted Pro Hac Vice*)
    HLS@santen-hughes.com
Santen & Hughes LPA
600 Vine Street, Suite 2700
Cincinnati, OH 45202
Telephone: (513) 721-4450

ROBERT CORN-REVERE (*Admitted Pro Hac Vice*)
    bobcornrevere@dwt.com
RONALD G. LONDON (*Admitted Pro Hac Vice*)
    ronnielondon@dwt.com
DAVIS WRIGHT TREMAINE LLP
1919 Pennsylvania Avenue, NW, Suite 800
Washington, DC 20006
Telephone: (202) 973-4200

STIPULATION
DWT 21869126v2 0097322-000001

1

**DAVIS WRIGHT TREMAINE** LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

# STIPULATION TO CONTINUE HEARING ON PROPOSED INTERVENORS' MOTION TO INTERVENE

*Whereas* the hearing on Plaintiffs Vivid Entertainment, LLC, Califa Productions, Inc., Jane Doe a/k/a Kayden Kross and John Doe a/k/a Logan Pierce (collectively "Plaintiffs") Motion for Preliminary Injunction (Docket No. 39), was continued by the Court to June 24, 2013 (Docket No. 46);

*Whereas* lead counsel for Plaintiffs, Paul J. Cambria, Jr. has an appearance in the Federal District Court for the Middle District of Pennsylvania on June 24, 2013;

*Whereas* the parties have agreed to a 7-day continuance of the hearing on the motion, to July 1, 2013;

*Whereas* Intervenors Michael Weinstein, Marijane Jackson, Arlette De La Cruz, Mark McGrath, Whitney Engeran, and the Campaign Committee Yes on B, Major Funding by the AIDS Healthcare Foundation (collectively "Intervenors") will file their response to the motion by May 13, 2013 pursuant to the Court's order (Docket No. 46);

*Whereas* Plaintiffs have agreed to file their reply in support of the motion on or before June 3, 2013;

*Whereas* on May 2, 2013, the parties met and conferred regarding the proposed Motion to Dismiss the Complaint ofIntervenors , but were unable to resolve the issues raised by the proposed motion during that meeting;

*Whereas* Intervenors will file their Motion to Dismiss the Complaint on May 10, 2013, as ordered by the Court (Docket No. 46);

*Whereas*, for efficiency's sake, the parties have agreed to have the Motion to Dismiss the Complaint and Motion for Preliminary Injunction heard on July 1, 2013;

*Whereas* the parties have agreed to a modified briefing schedule on the Motion to Dismiss Complaint to afford each party equal time;

*Whereas* no party will be prejudiced by the stipulated continuance;

1

STIPULATION
DWT 21869126v2 0097322-000001

**DAVIS WRIGHT TREMAINE** LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

*Whereas* only one prior request for continuance of the hearing on the Motion for Preliminary Injunction has been filed, which was necessary due to Intervenors' inclusion in the case;

*Whereas* there are no other deadlines currently pending in this action; and

*Whereas* the Court's calendar indicates July 1, 2013 is available for law and motion hearings;

The parties stipulate to and respectfully request the following:

(1) A 7-day extension of the date for the hearing on Plaintiffs' Motion for Preliminary Injunction, from June 24, 2013 to July 1, 2013;

(2) Any reply in support of Plaintiffs' Motion for Preliminary Injunction be filed on or before June 3, 2013;

(3) Intervenors' Motion to Dismiss Complaint be set for hearing on July 1, 2013;

(4) Any opposition to Intervenors' Motion to Dismiss Complaint be filed on or before May 29, 2013; and

(5) Any reply in support of Intervenors' Motion to Dismiss Complaint be filed on or before June 17, 2013, consistent with Local Rule 7-10.

2

STIPULATION
DWT 21869126v2 0097322-000001

**DAVIS WRIGHT TREMAINE** LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

| | | |
|---|---|---|
| 1 | DATED: May 7, 2013 | LIPSITZ GREEN SCIME CAMBRIA LLP<br>PAUL J. CAMBRIA, JR. |
| 2 | | |
| 3 | | SANTEN & HUGHES LPA<br>H. LOUIS SIRKIN |
| 4 | | |
| 5 | | DAVIS WRIGHT TREMAINE LLP<br>ROBERT CORN-REVERE<br>RONALD G. LONDON<br>JANET L. GRUMER<br>MATTHEW D. PETERSON |
| 6 | | |
| 7 | | |
| 8 | | By: _____/s/_____<br>Matthew D. Peterson |
| 9 | | Attorneys for Plaintiffs<br>VIVID ENTERTAINMENT, LLC;<br>CALIFA PRODUCTIONS, INC.;<br>JANE DOE a/k/a Kayden Kross; and<br>JOHN DOE a/k/a Logan Pierce |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | DATED: May 7, 2013 | AIDS HEALTHCARE FOUNDATION<br>TOM MYERS<br>SAMANTHA R. AZULAY<br>CHRISTINA YANG |
| 14 | | |
| 15 | | |
| 16 | | By: _____/s/_____<br>Samantha Azulay |
| 17 | | Attorneys for Intervenors<br>MICHAEL WEINSTEIN, MARIJANE JACKSON, ARLETTE DE LA CRUZ, MARK MCGRATH, WHITNEY ENGERAN, AND THE CAMPAIGN COMMITTEE YES ON B, MAJOR FUNDING BY THE AIDS HEALTHCARE FOUNDATION |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | DATED: May 7, 2013 | GLASER WEIL FINK JACOBS HOWARD AVCHEN & SHAPIRO LLP<br>JOHN K. LY |
| 22 | | |
| 23 | | |
| 24 | | By: _____/s/_____<br>John K. Ly |
| 25 | | Attorneys for Defendants<br>JONATHAN FIELDING, Director of Los Angeles County Department of Public Health, JACKIE LACEY, Los Angeles County District Attorney, and COUNTY OF LOS ANGELES |
| 26 | | |
| 27 | | |
| 28 | | |

STIPULATION
DWT 21869126v2 0097322-000001

3

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899