UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIVID ENTERTAINMENT, LLC; CALIFA PRODUCTIONS, INC.; JANE DOE a/k/a Kayden Kross; and JOHN DOE a/k/a Logan Pierce,<br><br>Plaintiffs,<br><br>vs.<br><br>JONATHAN FIELDING, Director of Los Angeles County Department of Public Health, JACKIE LACEY, Los Angeles County District Attorney, and COUNTY OF LOS ANGELES<br><br>Defendants. | Case No. **CV 13-00190 DDP (AGRx)**<br><br>**ORDER RE STIPULATION FOR A SEVEN DAY CONTINUANCE OF HEARING ON PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND BRIEFING SCHEDULE ON INTERVENORS' MOTION TO DISMISS COMPLAINT** |

[PROPOSED] ORDER
DWT 21870439v2 0097322-000001

# ORDER

Having considered the stipulation submitted by Plaintiffs Vivid Entertainment, LLC, Califa Productions, Inc., Jane Doe a/k/a Kayden Kross, and John Doe a/k/a Logan Pierce ("Plaintiffs"), Intervenors Michael Weinstein, Marijane Jackson, Arlette De La Cruz, Mark McGrath, Whitney Engeran, and the Campaign Committee Yes on B, Major Funding by the AIDS Healthcare Foundation (collectively "Intervenors"), and Defendants Jonathan Fielding, Director of Los Angeles County Department of Public Safety, Jackie Lacy, Los Angeles County District Attorney, and County of Los Angeles (collectively "Defendants") IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Stipulation is GRANTED, as follows:

1. The hearing on Plaintiffs' Motion for Preliminary Injunction is continued from June 24, 2013 to July 1, 2013 at 10:00 a.m.;

2. Any reply in support of the Motion for Preliminary Injunction shall be due on June 3, 2013;

3. Intervenors' Motion to Dismiss Complaint shall be set for hearing on July 1, 2013;

4. Any response or opposition to the Motion to Dismiss Complaint by Plaintiffs or Defendants shall be due on May 29, 2013; and

5. Any reply in support of the Motion to Dismiss Complaint shall be due on June 17, 2013.

**IT IS SO ORDERED.**

DATED: May 09, 2013

Hon. Dean D. Pregerson

1

[PROPOSED] ORDER
DWT 21870439v2 0097322-000001

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899