Tom Myers (SBN 176008)
E-Mail: tom.myers@aidshealth.org
Samantha R. Azulay (SBN 283424)
E-Mail: samantha.azulay@aidshealth.org
Christina Yang (SBN 266363)
E-Mail: christina.yang@aidshealth.org
6255 W. Sunset Blvd., 21st FL
Los Angeles, CA 90028
Phone: 323-860-5200
Fax: 323-467-8450
*Attorneys for Intervenors*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| VIVID ENTERTAINMENT, LLC; CALIFA PRODUCTIONS, INC.; JANE DOE a/k/a Kayden Kross; and JOHN DOE a/k/a Logan Pierce, <br><br> Plaintiffs, <br> vs. <br><br> JONATHAN FIELDING, Director of Los Angeles County Department of Public Health, JACKIE LACEY, Los Angeles County District Attorney, and COUNTY OF LOS ANGELES, <br><br> Defendants, and <br><br> MICHAEL WEINSTEIN, MARIJANE JACKSON, ARLETTE DE LA CRUZ, MARK MCGRATH, WHITNEY ENGERAN, and the CAMPAIGN COMMITTEE YES ON B, MAJOR FUNDING BY THE AIDS HEALTHCARE FOUNDATION <br><br> Defendants-Intervenors. | Case No.: 13-CV-00190-DDP-AGR <br><br> **[PROPOSED] ORDER GRANTING INTERVENORS' MOTION TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(B)(6)** <br><br> Date:      July 1, 2013 <br> Time:      10:00 a.m. <br> Judge:     Dean D. Pregerson <br> Location:  Courtroom 3 <br><br><br> [Notice of Motion; Motion to Dismiss; Memorandum of Points and Authorities; Declaration of Samantha R. Azulay filed concurrently herewith] |

[PROPOSED] ORDER GRANTING INTERVENORS' MOTION TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(B)(6)

**[PROPOSED] ORDER**

Intervenors' Michael Weinstein, Marijane Jackson, Arlette De La Cruz, Mark McGrath, Whitney Engeran, and the Campaign Committee Yes on B, Major Funding by the AIDS Healthcare Foundation ("Intervenors") Motion to Dismiss the Complaint filed by Vivid Entertainment, LLC, Califa Productions, Inc., Jane Doe a/k/a Kayden Kross and John Doe a/k/a Logan Pierce (collectively "Plaintiffs") came before the Honorable Dean D. Pregerson for hearing on July 1, 2013.

Having read and considered the Motion to Dismiss, all other evidence submitted in support of, and in opposition to, the Motion to Dismiss, the arguments of the parties presented at the hearing, and having found that Plaintiffs failed to state a claim upon which relief can be granted with respect to all of the claims in the Complaint and, therefore, good cause exists to dismiss the Complaint.

**IT IS HEREBY ORDERED** that the Motion to Dismiss is **GRANTED WITHOUT LEAVE TO AMEND.**   Judgment shall be entered against Plaintiffs and in favor of Defendants-Intervenors.

**IT IS SO ORDERED.**

DATED: _____, 2013

By:_____
       HON. DEAN D. PREGERSON
       Judge of the United States District
       Court

[PROPOSED] ORDER GRANTING INTERVENORS' MOTION TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(B)(6)