Tom Myers (SBN 176008)
E-Mail: tom.myers@aidshealth.org
Samantha R. Azulay (SBN 283424)
E-Mail: samantha.azulay@aidshealth.org
Christina Yang (SBN 266363)
E-Mail: christina.yang@aidshealth.org
6255 W. Sunset Blvd., 21st FL
Los Angeles, CA 90028
Phone: 323-860-5200
Fax: 323-467-8450

*Attorneys for Intervenors*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| VIVID ENTERTAINMENT, LLC; CALIFA PRODUCTIONS, INC.; JANE DOE a/k/a Kayden Kross; and JOHN DOE a/k/a Logan Pierce,<br><br>Plaintiffs,<br><br>vs.<br><br>JONATHAN FIELDING, Director of Los Angeles County Department of Public Health, JACKIE LACEY, Los Angeles County District Attorney, and COUNTY OF LOS ANGELES,<br><br>Defendants, and<br><br>MICHAEL WEINSTEIN, MARIJANE JACKSON, ARLETTE DE LA CRUZ, MARK MCGRATH, WHITNEY ENGERAN, and the CAMPAIGN COMMITTEE YES ON B, MAJOR FUNDING BY THE AIDS HEALTHCARE FOUNDATION<br><br>Defendants-Intervenors. | Case No.: 13-CV-00190-DDP-AGR<br><br>**INTERVENORS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date:     July 1, 2013<br>Time:     10:00 a.m.<br>Judge:    Dean D. Pregerson<br>Location: Courtroom 3 |

Michael Weinstein, Marijane Jackson, Arlette De La Cruz, Mark McGrath, Whitney Engeran, and the Campaign Committee Yes on B, Major Funding by the AIDS Healthcare Foundation (collectively referred to as "Intervenors") respectfully request that this Court take judicial notice of the items listed below.

Judicial notice is appropriate where the fact is not subject to reasonable dispute because it is "capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b)(2).  Judicial notice by a court is mandatory "if requested by a party and supplied with the necessary information." Fed. R. Evid. 201(d).  Therefore, Intervenors request that the Court take judicial notice of the following items:

1. Measure B, Title 11, Division 1, Chapter 11.39 of the Los Angeles County Code.  A true and correct copy of this document is attached hereto as Exhibit A.

2. Los Angeles County Code, Title 32, § 101.1 *et seq.* ("Los Angeles Fire Code").  A true and correct copy of relevant portions of this code is attached hereto as Exhibit B.

3. California Fire Code § 4801 *et seq.*  A true and correct copy of these code sections is attached hereto as Exhibit C.

4. Los Angeles County Code § 22.56.1830 *et seq.*  A true and correct copy of these code sections is attached hereto as Exhibit D.

5. A letter from Dr. Jonathan E. Fielding to each Supervisor of the County of Los Angeles, regarding "Adult Film Industry," dated September 17, 2009.  A true and correct copy of this document is attached hereto as Exhibit E.

6. A news article from Bakersfield Now, by the Associated Press, dated April 18, 2013, *available at* http://www.bakersfieldnow.com/news/local/Camarillo-extends-

moratorium-on-porn-filming-206822161.html. A true and correct copy of this document is attached hereto as Exhibit F.

7. A letter from Linda Parks, Ventura County Supervisor, Second District, and Kathy Long, Ventura County Supervisor, Third District, to the County of Ventura Board of Supervisors, regarding "Adoption of an Urgency Ordinance Enacting Chapter 10 of Division 4 of the Ventura County Ordinance Code 'Safer Sex in the Adult Film Industry' and Adopt a Permit Fee Schedule (4/5ths Vote Required)," dated May 7, 2013. A true and correct copy of this document is attached hereto as Exhibit G.

8. Ventura County Code of Ordinances, Division 4, Chapter 10, "Safer Sex in the Adult Film Industry," as adopted on May 7, 2013. A true and correct copy of this document is attached hereto as Exhibit H.

9. A letter from James D. Clark, Staff Counsel, California Division of Occupational Safety and Health ("Cal/OSHA"), to the City Council of the City of Los Angeles, regarding the subject "Position of the California Division of Occupational Safety and Health Concerning Possible Conditions on the City's Film Permits Issued to Adult Film Producers," dated July 20, 2011. A true and correct copy of this document is attached hereto as Exhibit I.

10. Los Angeles Municipal Code § 12.22.1, "Safer Sex." A true and correct copy of this document is attached hereto as Exhibit J.

Requests to take judicial notice of government documents and records generally are granted. *See, e.g.*, *Lopez v. Wachovia Mortg.*, 2010 U.S. Dist. LEXIS 72439, at *5-6 (N.D. Cal. July 19, 2010) (taking judicial notice of documents that were public records and government documents, because they were not subject to reasonable dispute); *Carroll v. Yates*, 2013 U.S. Dist. LEXIS 2321, at *19-20 (E.D.

1 Cal. Jan. 4, 2013) (granting judicial notice of government document, as it was
2 issued by a government agency and the document was a public record); *Gens v.*
3 *Wachovia Mortg. Corp.*, 2010 U.S. Dist. LEXIS 54932, at *6-7 (N.D. Cal. May 12,
4 2010) (taking judicial notice of letter issued by government agency, as it complied
5 with the requirements of Rule 201(b)(2) of the Federal Rules of Evidence).

6     Taking judicial notice of codes, regulations, and ordinances is proper. *See*
7 *Cuviello v. City & County of San Francisco*, 2013 U.S. Dist. LEXIS 53656 (N.D.
8 Cal. Apr. 15, 2013) (taking judicial notice of city code section and ordinance); *MM*
9 *v. San Ramon Valley Unified Sch. Dist.*, 2013 U.S. Dist. LEXIS 57395 (N.D. Cal.
10 Apr. 22, 2013) (taking judicial notice of specific division of state code of
11 regulations); *Tollis v. County of San Diego,* 505 F.3d 935, 938 n.1 (9th Cir. 2007)
12 ("Municipal ordinances are proper subjects for judicial notice.").

13     The Court may also take judicial notice of news articles. *See Ritter v.*
14 *Hughes Aircraft Co.*, 58 F.3d 454, 458-459 (9th Cir. 1995) (proper to take judicial
15 notice of newspaper article that reflecting fact "generally known in Southern
16 California and which would be capable of sufficiently accurate and ready
17 determination"); *see also Patel v. Parnes,* 253 FRD 531, 549 (C.D. Cal. 2008)
18 (trial court took judicial notice of news articles regarding corporate officers' stock
19 in corporation and corporate activities).

20     Further, Courts in the Ninth Circuit routinely grant judicial notice of press
21 releases. *See, e.g., In re Netflix, Inc. Securities Litig.,* 2005 U.S. Dist. LEXIS
22 30992, *5-6 (N.D. Cal. Nov. 18, 2005); *In re Ligand Pharmaceuticals, Inc.*
23 *Securities Litig.,* 2005 U.S. Dist. LEXIS 44911, 2005 WL 2461151, *2 n. 1 (S.D.
24 Cal. Sept. 27, 2005); *In re Homestore.com. Inc. Sec. Litig.,* 347 F. Supp. 2d 814,
25 816-17 (C.D. Cal. 2004).
26 //
27 //
28

1  For the foregoing reasons, Intervenors respectfully request that this Court
2  take judicial notice of Exhibits A through J, as attached hereto.

4                                Respectfully Submitted,

6  DATED:  May 13, 2013         INTERVENORS

9                            By: /s/ Samantha R. Azulay
10                               TOM MYERS
                                SAMANTHA R. AZULAY
11                               CHRISTINA YANG
                                *Attorneys for Intervenors*