```
 1  PAUL J. CAMBRIA, JR. (State Bar No. 177957)
       pcambria@lglaw.com
 2  LIPSITZ GREEN SCIME CAMBRIA LLP
    1631 West Beverly Blvd., Second Floor
 3  Los Angeles, CA 90026
    Telephone: (323) 883-1807
 4
 5  See attached for additional counsel for Plaintiffs
 6
    Attorneys for Plaintiffs
 7  VIVID ENTERTAINMENT, LLC; CALIFA
    PRODUCTIONS, INC.; JANE DOE A/K/A
 8  KAYDEN KROSS; AND JOHN DOE A/K/A
    LOGAN PIERCE
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIVID ENTERTAINMENT, LLC; CALIFA PRODUCTIONS, INC.; JANE DOE a/k/a Kayden Kross; and JOHN DOE a/k/a Logan Pierce,<br><br>Plaintiffs,<br><br>vs.<br><br>JONATHAN FIELDING, Director of Los Angeles County Department of Public Health, JACKIE LACEY, Los Angeles County District Attorney, and COUNTY OF LOS ANGELES<br><br>Defendants. | Case No. **CV 13-00190 DDP (AGRx)**<br>Assigned to the Hon. Dean D. Pregerson<br><br>**PLAINTIFFS' NOTICE OF WITHDRAWAL OF MOTION FOR PRELIMINARY INJUNCTION (DOCKET NO. 39) WITHOUT PREJUDICE**<br><br>Action Filed: January 10, 2013 |

*Additional counsel for Plaintiffs:*

JANET L. GRUMER (State Bar No. 232723)
   janetgrumer@dwt.com
MATTHEW D. PETERSON (State Bar No. 251490)
   matthewpeterson@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, Suite 2400
Los Angeles, CA 90017-2566
Telephone: (213) 633-6800

H. LOUIS SIRKIN (*Admitted Pro Hac Vice*)
   HLS@santen-hughes.com
Santen & Hughes LPA
600 Vine Street, Suite 2700
Cincinnati, OH 45202
Telephone: (513) 721-4450

ROBERT CORN-REVERE (*Admitted Pro Hac Vice*)
   bobcornrevere@dwt.com
RONALD G. LONDON (*Admitted Pro Hac Vice*)
   ronnielondon@dwt.com
DAVIS WRIGHT TREMAINE LLP
1919 Pennsylvania Avenue, NW, Suite 800
Washington, DC 20006
Telephone: (202) 973-4200

NOTICE OF WITHDRAWAL

1

# NOTICE OF WITHDRAWAL OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION (DOCKET NO. 39) WITHOUT PREJUDICE

On April 5, 2013, Plaintiffs Vivid Entertainment, LLC, Califa Productions, Inc., Jane Doe a/k/a Kayden Kross and John Doe a/k/a Logan Pierce (collectively "Plaintiffs") filed a Motion for Preliminary Injunction (Docket No. 39) and a Motion for Judgment on the Pleadings (Docket No. 37). The Motion for Preliminary Injunction referred to and incorporated by reference large portions of the Motion for Judgment on the Pleadings. *See* Docket No. 39.

On May 1, 2013, the Court issued an order which vacated Plaintiffs' Motion for Judgment on the Pleadings, indicating the motion must be completely re-filed if necessary. Docket No. 46. Accordingly, many of the facts and much of the analysis upon which the Motion for Preliminary Injunction relies are no longer before the Court.

Upon attempts to confer on this point with Intervenors, and as confirmed by review of Intervenors' opposition to the Motion (Docket No. 51), it became apparent that a new motion for preliminary injunction would be prudent in order for Plaintiffs' position to be fully presented for adjudication. The concurrently filed Declaration of Ronald G. London more fully details the events surrounding the original Motion for Preliminary Injunction and its withdrawal.

Accordingly, Plaintiffs hereby withdraw the Motion for Preliminary Injunction, without prejudice. Plaintiffs are filing and noticing a replacement Motion for Preliminary Injunction concurrently herewith. The timing of this submission allows

NOTICE OF WITHDRAWAL

1

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

1  the July 1, 2013 hearing date presently scheduled for preliminary injunction proceed-
2  ings to remain intact.

3  DATED: May 29, 2013         LIPSITZ GREEN SCIME CAMBRIA LLP
4                              PAUL J. CAMBRIA, JR.

5                              SANTEN & HUGHES LPA
6                              H. LOUIS SIRKIN

7                              DAVIS WRIGHT TREMAINE LLP
                               ROBERT CORN-REVERE
8                              RONALD G. LONDON
                               JANET L. GRUMER
9                              MATTHEW D. PETERSON

10
                               By:_____/s/ Matthew D. Peterson_____
11                                      Matthew D. Peterson

12                             Attorneys for Plaintiffs
                               VIVID ENTERTAINMENT, LLC;
13                             CALIFA PRODUCTIONS, INC.;
                               JANE DOE a/k/a Kayden Kross; and
14                             JOHN DOE a/k/a Logan Pierce

NOTICE OF WITHDRAWAL                2.

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899