1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIVID ENTERTAINMENT, LLC; CALIFA PRODUCTIONS, INC.; JANE DOE a/k/a Kayden Kross; and JOHN DOE a/k/a Logan Pierce,<br><br>Plaintiffs,<br><br>vs.<br><br>JONATHAN FIELDING, Director of Los Angeles County Department of Public Health, JACKIE LACEY, Los Angeles County District Attorney, and COUNTY OF LOS ANGELES<br><br>Defendants. | Case No. **CV 13-00190 DDP (AGRx)**<br><br>**[PROPOSED] ORDER RE MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date: July 1, 2013<br>Time: 10:00 a.m.<br><br>Courtroom 3<br><br>Action Filed:   January 10, 2012<br><br>[Filed concurrently with Plaintiffs' Motion for Preliminary Injunction, Request for Judicial Notice, Declarations of Ronald London, Steven Hirsch, Logan Pierce and Kayden Kross] |

[PROPOSED] ORDER

# [PROPOSED] ORDER

Having considered the Motion for Preliminary Injunction and its supporting papers submitted by Plaintiffs Vivid Entertainment, LLC, Califa Productions, Inc., Jane Doe a/k/a Kayden Kross, and John Doe a/k/a Logan Pierce ("Plaintiffs"), opposition documents, and oral argument, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Motion for Preliminary Injunction is GRANTED, as follows:

1. Defendants County of Los Angeles, Jonathan Fielding, Director of the Los Angeles County Department of Public Health, Jackie Lacey, Los Angeles County District Attorney ("Defendants"), and their agents, employees and representatives, are hereby enjoined from enforcing Los Angeles County Code, Division 1, Title 11, Chapter 11.39, sections 11.39.005 through 11.39.150, and Division 1, Title 22, section 22.56.1925 (collectively "Measure B") during the pendency of the above entitled action.

2. No other entity, whether public or private, may enforce Measure B during the pendency of the above entitled action.

**IT IS SO ORDERED.**

DATED: _____  By:_____
Hon. Dean D. Pregerson

[PROPOSED] ORDER  1

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899