UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
<u>CIVIL MINUTES -- GENERAL</u>

Case No.    **CV 13-00190 DDP (AGRx)**                                           Dated: June 28, 2013

Title:   VIVID ENTERTAINMENT, LLC; CALIFA PRODUCTIONS, INC.; JANE DOE a/k/a KAYDEN KROSS -v- JONATHAN FIELDING, DIRECTOR OF LOS ANGELES COUNTY DEPARTMENT OF PUBLIC HEALTH; JACKIE LACEY, LOS ANGELES COUNTY DISTRICT ATTORNEY, and COUNTY OF LOS ANGELES

========================================================================

PRESENT:   HONORABLE DEAN D. PREGERSON, JUDGE

<u>John A. Chambers</u>                                                        <u>None Present</u>
Courtroom Deputy                                                           Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:           ATTORNEYS PRESENT FOR DEFENDANTS:

   None                                                                          None

PROCEEDINGS:        MINUTE ORDER (IN CHAMBERS)

**COUNSEL ARE NOTIFIED** that on the Court's own motion the MOTION FOR PRELIMINARY INJUNCTION FILED BY PLAINTIFF CALIFA PRODUCTIONS, INC., JANE DOE A/K/A KAYDEN KROSS, JOHN DOE A/K/A LOGAN PIERCE, AND VIVID ENTERTAINMENT, LLC  (DOCKET NUMBER 39), MOTION TO DISMISS CASE FILED BY INTERVENORS CAMPAIGN COMMITTEE YES ON B, MAJOR FUNDING BY THE AIDS HEALTHCARE FOUNDATION, ARLETTE DE LA CRUZ, WHITNEY ENGERAN, MARIJANE JACKSON, MARK MCGRATH, MICHAEL WEINSTEIN (DOCKET NUMBER 49) and the MOTION FOR PRELIMINARY INJUNCTION (DOCKET NUMBER 55) are hereby continued from July 1, 2013 to **Thursday**, July 11, 2013 at 1:30 p.m.

MINUTES FORM 11                                                              Initials of Deputy Clerk   JAC
CIVIL -- GEN