# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIVID ENTERTAINMENT, LLC; CALIFA PRODUCTIONS, INC.; JANE DOE a/k/a Kayden Kross; and JOHN DOE a/k/a Logan Pierce,<br><br>Plaintiffs,<br><br>vs.<br><br>JONATHAN FIELDING, Director of Los Angeles County Department of Public Health, JACKIE LACEY, Los Angeles County District Attorney, and COUNTY OF LOS ANGELES<br><br>Defendants. | Case No. **CV 13-00190 DDP (AGRx)**<br><br>Assigned to the Hon. Dean D. Pregerson<br><br>**[PROPOSED] ORDER RE MOTION FOR RECONSIDERATION OF COURT'S ORDER OF APRIL 16, 2013 (DOCKET NO. 44)**<br><br>Date: August 12, 2013<br>Time: 10:00 a.m.<br><br>Courtroom 3<br><br>Action Filed: January 10, 2012<br><br>[Filed concurrently with Plaintiffs' Motion for Reconsideration of Court's Order of April 16, 2013 (Docket No. 44)] |

# [PROPOSED] ORDER

Having considered the Motion for Reconsideration of Court's Order of April 16, 2013 (Docket No. 44) ("Motion") and supporting papers submitted by Plaintiffs Vivid Entertainment, LLC, Califa Productions, Inc., Jane Doe a/k/a Kayden Kross, and John Doe a/k/a Logan Pierce ("Plaintiffs"), opposition documents, and oral argument, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Motion is GRANTED, as follows:

1. The Court GRANTS Plaintiffs' request that the Court reconsider its order of April 16 ,2013, granting the Motion to Intervene filed by Michael Weinstein, Marijane Jackson, Arlette De La Cruz, Mark McGrath, Whitney Engeran, and the Campaign Committee Yes on B, Major Funding by the AIDS Healthcare Foundation ("Intervenors") (Docket No. 44);

2. Intervenors are DISMISSED from this case because they lack the required standing under Article III of the United States Constitution;

3. All motions, pleadings and submissions made by Intervenors after April 1, 2013 are VACATED; and,

4. Plaintiffs' Motion for Judgment on the Pleadings (Docket No. 37) that was vacated in connection with the grant of the Motion to Intervene is now REINSTATED pursuant to the document filed as Docket No. 64.

**IT IS SO ORDERED.**

DATED: _____   By:_____
                                    Hon. Dean D. Pregerson

1

[PROPOSED] ORDER

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899