1 | Tom Myers (SBN 176008)
E-Mail: tom.myers@aidshealth.org
2 | Samantha R. Azulay (SBN 283424)
E-Mail: samantha.azulay@aidshealth.org
3 | Christina Yang (SBN 266363)
4 | E-Mail: christina.yang@aidshealth.org
5 | AIDS Healthcare Foundation
6255 W. Sunset Blvd., 21st FL
6 | Los Angeles, CA 90028
7 | Phone: 323-860-5200
Fax: 323-467-8450
8 | *Attorneys for Intervenors*
9

## UNITED STATES DISTRICT COURT
10 ## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

11

12 | VIVID ENTERTAINMENT, LLC;
CALIFA PRODUCTIONS, INC.;
13 | JANE DOE a/k/a Kayden Kross; and
JOHN DOE a/k/a Logan Pierce,
14

15 | Plaintiffs,
16 | vs.

17 | JONATHAN FIELDING, Director of
Los Angeles County Department of
18 | Public Health, JACKIE LACEY, Los
19 | Angeles County District Attorney, and
COUNTY OF LOS ANGELES,
20

21 | Defendants, and
22

23 | MICHAEL WEINSTEIN, MARIJANE
JACKSON, ARLETTE DE LA CRUZ,
24 | MARK MCGRATH, WHITNEY
25 | ENGERAN, and the CAMPAIGN
COMMITTEE YES ON B, MAJOR
26 | FUNDING BY THE AIDS
27 | HEALTHCARE FOUNDATION
28

Defendants-Intervenors.

Case No.: 13-CV-00190-DDP-AGR

**INTERVENORS' NOTICE OF
INTENTION TO FILE
OPPOSITION BRIEF TO
PLAINTIFFS' MOTION FOR
RECONSIDERATION OF RULING
ON MOTION TO INTERVENE**

Date: July 11, 2013
Time: 1:30 p.m.
Judge: Dean D. Pregerson
Location: Courtroom 3

INTERVENORS' NOTICE OF INTENTION TO FILE OPPOSITION BRIEF TO PLAINTIFFS' MOTION FOR
RECONSIDERATION OF RULING

1  Intervenors, Michael Weinstein, Marijane Jackson, Arlette De La Cruz,

2  Mark McGrath, Whitney Engeran, and the Campaign Committee Yes on B, Major

3  Funding by the AIDS Healthcare Foundation (collectively referred to as

4  "Intervenors"), submit the following Notice Of Intention To File Opposition Brief

5  To Motion For Reconsideration Of Ruling On Motion To Intervene, And Request

6  To Be Heard:

7  On June 26, 2013, Plaintiffs filed a Notice of Supplemental Authority And

8  Notice Of Intent To File Motion For Reconsideration Of Ruling On Motion To

9  Intervene.  (Dkt. No. 61).  On June 27, 2013 the parties met and conferred

10  regarding Plaintiffs' intention to file a reconsideration motion, and Intervenors

11  stated their opposition to such a motion.  On July 5, 2013, Plaintiffs filed their

12  Motion for Reconsideration as well as a Reinstated Motion for Judgment on the

13  Pleadings.  (Dkt. Nos. 63 and 64 respectively).  Plaintiffs have noticed up their

14  Motions for August 12, 2013.

15  In Plaintiffs' Memorandum of Points and Authorities in Support of their

16  Motion to Reconsider, they claim that "[b]ecause *Hollingsworth* involved exactly

17  the same question as presented here, and because the Supreme Court's holding is

18  dispositive, this Court could move on [the Motion to Reconsider] *sua sponte*."

19  (Dkt. No. 63, p. 6 fn. 1).  Regardless of the accuracy or inaccuracy of Plaintiffs'

20  assertion, to avoid any confusion, Intervenors hereby notify the Court of their

21  intention to be heard on this issue by filing opposition papers no later than twenty-

22  one (21) days before the date designated for the hearing of the Motion, and arguing

23  at the hearing on this matter.

24  Intervenors strenuously disagree with Plaintiffs' interpretation and

25  application of the United States Supreme Court's decision in *Hollingsworth v.*

26  *Perry,* 570 U.S. __ , No. 12-144 (2013) (slip op.) to the facts and procedural

27  posture of this case (for example, *Hollingsworth v. Perry,* 570 U.S. __, solely

28  decided the issue of standing to appeal a lower court's decision, and did not address

INTERVENORS' NOTICE OF INTENTION TO FILE OPPOSITION BRIEF TO PLAINTIFFS' MOTION FOR
RECONSIDERATION OF RULING

1  the applicability of intervention at the District Court level).  Intervenors submit that

2  they remain properly admitted to the case.

3

4                                    Respectfully Submitted,

5

6  DATED:  July 8, 2013            INTERVENORS

7
                                   By:/s/ Samantha R. Azulay
8                                     TOM MYERS
                                      SAMANTHA R. AZULAY
9                                     CHRISTINA YANG
                                      *Attorneys for Intervenors*
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

INTERVENORS' NOTICE OF INTENTION TO FILE OPPOSITION BRIEF TO PLAINTIFFS' MOTION FOR
RECONSIDERATION OF RULING