UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 13-00190 DDP (AGRx) | Date | July 11, 2013 |
| Title | VIVID ENTERTAINMENT, LLC; et al. -V- JONATHAN FIELDING, et al. | | |

Present: The Honorable   DEAN D. PREGERSON, U.S. DISTRICT JUDGE

| John A. Chambers | Leandra Amber | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:

H. Louis Sirkin
Paul J. Cambria , Jr

Attorneys Present for Defendants:

Joel N. Klevens
_____

Attorneys Present for the Interveners:

Samantha Robin Azulay
Christina Yang

Proceedings:

MOTION FOR PRELIMINARY INJUNCTION FILED BY PLAINTIFF CALIFA PRODUCTIONS, INC., JANE DOE A/K/A KAYDEN KROSS, JOHN DOE A/K/A LOGAN PIERCE, AND VIVID ENTERTAINMENT, LLC  (DOCKET NUMBER 39)
MOTION TO DISMISS CASE FILED BY INTERVENORS CAMPAIGN COMMITTEE YES ON B, MAJOR FUNDING BY THE AIDS HEALTHCARE FOUNDATION, ARLETTE DE LA CRUZ, WHITNEY ENGERAN, MARIJANE JACKSON, MARK MCGRATH, MICHAEL WEINSTEIN (DOCKET NUMBER 49)
MOTION FOR PRELIMINARY INJUNCTION
(DOCKET NUMBER 55)

Court hears oral argument and takes the matters under submission.

1 hour : 14 mins.

Initials of Preparer   JAC