Name and address:
Timothy P. Murphy, Esq.
Lipsitz Green Scime Cambria LLP
42 Delaware Ave.
Buffalo, NY 14202
716-849-1333
716-855-1580 (fax)

FILED
CLERK, U.S. DISTRICT COURT
JUL 11 2013
CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

Lodged Proposed Order

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIVID ENTERTAINMENT, LLC; CALIFA PRODUCTIONS, INC; JANE DOE A/K/A KAYDEN KROSS; AND, JOHN DOE A/K/A LOGAN PIERCE<br><br>Plaintiff(s)<br>v.<br>JONATHAN FIELDING, DIRECTOR OF LOS ANGELES COUNTY DEPT. OF PUBLIC HEALTH, JACKIE LACEY, LOS ANGELES COUNTY DISTRICT ATTORNEY AND COUNTY OF LOS ANGELES       Defendant(s). | CASE NUMBER<br><br>CV-13-00190 DDP (AGI)<br><br>APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE<br>*PRO HAC VICE* |

### INSTRUCTIONS FOR APPLICANTS

(1) Complete Section I of this Application, sign the certification in Section II, and have your designated Local Counsel sign in Section III; **note that electronic signatures are not accepted.** Space to supplement your responses is provided in Section IV. Attach a Certificate of Good Standing (issued within the last 30 days) from every state bar to which you are admitted. Scan the completed and signed Application, with attachment(s), to a single Portable Document Format (PDF) file.

(2) Have your Local Counsel e-file your Application, using the Court's CM/ECF System, and submit a Proposed Order (using Form G-64 ORDER, available from the Court's website).

(3) Submit payment in the amount of $325 for each case in which you file an Application. Payment may be submitted at the time of e-filing through Pay.gov, or by delivering payment to the Clerk's Office (Attn: Fiscal) with a copy of the e-filed Application. If your payment is not received within 5 days of the filing of your Application, your Application may be rejected. You will not be allowed to participate as an attorney of record in this case until your payment is received.

### SECTION I - INFORMATION

Murphy, Timothy, P.
*Applicant's Name (Last Name, First Name & Middle Initial)*

Lipsitz Green Scime Cambria LLP
*Firm Name*

42 Delaware Ave                                716-849-1333                  716-855-1580
                                                *Telephone Number*            *Fax Number*

*Street Address*

Buffalo, NY 14202                              tmurphy@lglaw.com
*City, State, Zip Code*                        *E-Mail Address*

**I have been retained to represent the following parties:**

Vivid Entertainment, LLC; Califa Productions, Inc.    [X] Plaintiff  [ ] Defendant  [ ] Other: _____
                                                       [ ] Plaintiff  [ ] Defendant  [ ] Other: _____
*Name(s) of Party(ies) Represented*

List all courts to which you have been admitted and the current status of your membership:

| Name of Court | Date of Admission | Active Member in Good Standing? (if not, please explain) |
|---|---|---|
| See attached list | | |

PAID
JUL 16 2013
Clerk, US District Court

008892
008893

G-64 (06/13)   APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*   Page 1 of 3

007624    007625

List all cases in which you have applied to this Court for *pro hac vice* status in the previous three years:

| Case Number | Title of Action | Date of Application | Granted / Denied? |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

If any *pro hac vice* applications submitted within the past three (3) years have been denied by the Court, please explain:

Have you previously registered as a CM/ECF user in the Central District of California?  ☐ Yes  ☒ No

If yes, was your CM/ECF User account associated with the e-mail address provided above?  ☐ Yes  ☐ No:

_____
*Previous E-Mail Used (if applicable)*

*You must be registered for the Court's Case Management/Electronic Case Filing ("CM/ECF") System to be admitted to practice pro hac vice in this Court. Submission of this Application will constitute your registration (or re-registration) as a CM/ECF User. If the Court signs an Order granting your Application, you will either be issued a new CM/ECF login and password, or the existing account you identified above will be associated with your case. Pursuant to Local Rule 5-3.2.2, registering as a CM/ECF User is deemed consent, for purposes of Fed. R. Civ. P. 5(b)(2)(E), to electronic service of documents through the CM/ECF System. You have the right to withhold or revoke your consent to electronic service at any time; simply complete and return a Central District Electronic Service Exemption Form (Form G-05, available from the Court's website). If the Court receives an Electronic Service Exemption Form from you, you will no longer receive notice by e-mail when Court orders or other documents are filed in cases in which you are counsel of record; instead, copies of such documents will be sent to you through the mail.*

SECTION II - CERTIFICATION

I declare under penalty of perjury that:
(1) All of the above information is true and correct.
(2) I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California.
(3) I am not currently suspended from and have never been disbarred from practice in any court.
(4) I am familiar with the Court's Local Civil and Criminal Rules, the Federal Rules of Civil and Criminal Procedure, and the Federal Rules of Evidence.
(5) I designate the attorney listed in Section III below, who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, as local counsel pursuant to Local Rule 83-2.1.3.4.

Dated  6/7/13

Timothy P. Murphy
*Applicant's Name (please type or print)*

*Applicant's Signature*

SECTION III - DESIGNATION OF LOCAL COUNSEL

Paul J. Cambria, Jr.
*Designee's Name (Last Name, First Name & Middle Initial)*

Lipsitz Green Scime Cambria
*Firm Name*

1631 West Beverly Boulevard

2nd Floor
*Street Address*

Los Angeles, CA 90026
*City, State, Zip Code*

716-849-1333
*Telephone Number*

716-855-1580
*Fax Number*

pcambria@lglaw.com
*E-Mail Address*

177957
*Designee's California State Bar Number*

**I hereby consent to the foregoing designation as local counsel.**

Dated 6/7/13

Paul J. Cambria, Jr.
*Designee's Name (please type or print)*

*Designee's Signature*

SECTION IV - SUPPLEMENT ANSWERS HERE (ATTACH ADDITIONAL PAGES IF NECESSARY)

LIST OF BAR MEMBERSHIPS
FOR
TIMOTHY P. MURPHY, ESQ.

| Name of State or Federal Bar or Court | Bar Number (if any) | Date Admitted | Status with Bar or Court (active, inactive, retired, etc.) |
|---|---|---|---|
| New York State Bar | 2656445 | 1/18/95 | Active |
| U.S. Bankruptcy Court for the Western District of New York | | 5/20/96 | Active |
| U.S. District Court for the Western District of New York | | 12/1/96 | Active |
| District of Columbia Bar | 453194 | 12/2/96 | Inactive |
| U.S. Supreme Court | | 10/29/01 | Active |
| U.S. Court of Appeals, 2nd Circuit | 2002-224 | 4/18/02 | Active |
| U.S. Court of Appeals, 6th Circuit | | 4/18/11 | Active |
| U.S. Court of Appeals, 11th Circuit | | 9/2/11 | Active |



# Appellate Division of the Supreme Court of the State of New York Second Judicial Department

I, **Aprilanne Agostino**, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that **Timothy Patrick Murphy** was duly licensed and admitted to practice as an Attorney and Counselor-at-Law in all the courts of the State, according to the laws of the State and the court rules and orders, on the **18 th** day of **January 1995**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors-at-Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an Attorney and Counselor-at-Law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of said Appellate Division on June 03, 2013.



Clerk of the Court

*Paul J. Cambria, Jr. is active in all of these courts*

| COURTS ADMITTED TO PRACTICE | BAR NUMBER | DATE ADMITTED |
|---|---|---|
| United States Supreme Court | | June 19, 1978 |
| Second Circuit Court of Appeals | | September 1, 1978 |
| Third Circuit Court of Appeals | | June 13, 1984 |
| Fourth Circuit Court of Appeals | | February 12, 1986 |
| Fifth Circuit Court of Appeals | | June 22, 1987 |
| Sixth Circuit Court of Appeals | | October 9, 1987 |
| Tenth Circuit Court of Appeal | | February 15, 2006 |
| Eleventh Circuit Court of Appeals | | January 19, 1988 |
| United States District Court for the Northern District of Ohio | | August 23, 1985 |
| United States District Court for the Northern District of New York | 101275 | October 7, 1980 |
| United States District Court for the Northern District of California | 177957 | January 12, 1982 |
| United States District Court for the Western District of New York | | February 23, 1973 |
| United States District Court for the Southern District of New York | PC6280 | August 15, 1988 |
| United States District Court for the Eastern District of New York | | December 26, 1985 |
| United States District Court for the District of Columbia | NY0096 | July 7, 2008 |
| New York State Supreme Court, Appellate Division, Fourth Department | | February 20, 1973 |
| United States Court of Appeals District of Columbia Circuit | | April 15, 2003 |
| Commonwealth of Pennsylvania | 310798 | May 2, 2011 |