Tom Myers (SBN 176008)
E-Mail: tom.myers@aidshealth.org
Samantha R. Azulay (SBN 283424)
E-Mail: samantha.azulay@aidshealth.org
Christina Yang (SBN 266363)
E-Mail: christina.yang@aidshealth.org
6255 W. Sunset Blvd., 21st FL
Los Angeles, CA 90028
Phone: 323-860-5200
Fax: 323-467-8450
*Attorneys for Intervenors*

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| VIVID ENTERTAINMENT, LLC; CALIFA PRODUCTIONS, INC.; JANE DOE a/k/a Kayden Kross; and JOHN DOE a/k/a Logan Pierce,<br><br>Plaintiffs,<br><br>vs.<br><br>JONATHAN FIELDING, Director of Los Angeles County Department of Public Health, JACKIE LACEY, Los Angeles County District Attorney, and COUNTY OF LOS ANGELES,<br><br>Defendants, and<br><br>MICHAEL WEINSTEIN, MARIJANE JACKSON, ARLETTE DE LA CRUZ, MARK MCGRATH, WHITNEY ENGERAN, and the CAMPAIGN COMMITTEE YES ON B, MAJOR FUNDING BY THE AIDS HEALTHCARE FOUNDATION<br><br>Defendants-Intervenors. | Case No.: 13-CV-00190-DDP-AGR<br><br>**INTERVENORS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO PLAINTIFFS' MOTION FOR JUDGMENT ON THE PLEADINGS**<br><br>Date: August 12, 2013<br>Time: 10:00 a.m.<br>Judge: Dean D. Pregerson<br>Location: Courtroom 3<br><br>*[Filed concurrently with Intervenors' Opposition to Plaintiffs' Motion for Judgment on the Pleadings]* |

Michael Weinstein, Marijane Jackson, Arlette De La Cruz, Mark McGrath, Whitney Engeran, and the Campaign Committee Yes on B, Major Funding by the AIDS Healthcare Foundation (collectively referred to as "Intervenors") respectfully request that this Court take judicial notice of the items listed below.

Judicial notice is appropriate where the fact is not subject to reasonable dispute because it is "capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b)(2). Judicial notice by a court is mandatory "if requested by a party and supplied with the necessary information." Fed. R. Evid. 201(d). Therefore, Intervenors request that the Court take judicial notice of the following items:

1.    A letter from Dr. Jonathan E. Fielding to each Supervisor of the County of Los Angeles, regarding "Adult Film Industry," dated September 17, 2009. A true and correct copy of this document is attached hereto as Exhibit A.

2.    *AIDS Healthcare Foundation v. Los Angeles County Dep't of Public Health*, Verified Petition for Writ of Mandate, LASC Case No. BS121665 (filed July 16, 2009). A true and correct copy of this document is attached hereto as Exhibit B.

3.    Measure B, Title 11, Division 1, Chapter 11.39 of the Los Angeles County Code. A true and correct copy of this document is attached hereto as Exhibit C.

4.    Los Angeles County Code § 22.56.1830 *et seq.* A true and correct copy of these code sections is attached hereto as Exhibit D.

5.    Los Angeles County Code, Title 32, § 101.1 *et seq.* ("Los Angeles Fire Code"). A true and correct copy of relevant portions of this code is attached hereto as Exhibit E.

6.   California Fire Code § 4801 *et seq.*  A true and correct copy of these code sections is attached hereto as Exhibit F.

7.   *Free Speech Coalition, Inc. v. Holder*, No. 09-cv-04607 (E.D. Pa. July 18, 2013).  A true and correct copy of this document is attached hereto as Exhibit G.

8.   Los Angeles Municipal Code § 12.22.1, "Safer Sex."  A true and correct copy of this document is attached hereto as Exhibit H.

9.   A letter from James D. Clark, Staff Counsel, California Division of Occupational Safety and Health ("Cal/OSHA"), to the City Council of the City of Los Angeles, regarding the subject "Position of the California Division of Occupational Safety and Health Concerning Possible Conditions on the City's Film Permits Issued to Adult Film Producers," dated July 20, 2011.  A true and correct copy of this document is attached hereto as Exhibit I.

Requests to take judicial notice of government documents and records generally are granted.  *See, e.g.*, *Lopez v. Wachovia Mortg.*, 2010 U.S. Dist. LEXIS 72439, at *5-6 (N.D. Cal. July 19, 2010) (taking judicial notice of documents that were public records and government documents, because they were not subject to reasonable dispute); *Carroll v. Yates*, 2013 U.S. Dist. LEXIS 2321, at *19-20 (E.D. Cal. Jan. 4, 2013) (granting judicial notice of government document, as it was issued by a government agency and the document was a public record); *Gens v. Wachovia Mortg. Corp.*, 2010 U.S. Dist. LEXIS 54932, at *6-7 (N.D. Cal. May 12, 2010) (taking judicial notice of letter issued by government agency, as it complied with the requirements of Rule 201(b)(2) of the Federal Rules of Evidence).

Taking judicial notice of codes, regulations, and ordinances is proper.  *See Cuviello v. City & County of San Francisco*, 2013 U.S. Dist. LEXIS 53656 (N.D. Cal. Apr. 15, 2013) (taking judicial notice of city code section and ordinance); *MM*

*v. San Ramon Valley Unified Sch. Dist.*, 2013 U.S. Dist. LEXIS 57395 (N.D. Cal. Apr. 22, 2013) (taking judicial notice of specific division of state code of regulations); *Tollis v. County of San Diego,* 505 F.3d 935, 938 n.1 (9th Cir. 2007) ("Municipal ordinances are proper subjects for judicial notice.").

The Court may also take judicial notice of court documents. *See Smith v. Duncan*, 297 F.3d 809, 815 (9th Cir. 2002) (federal courts may take judicial notice of related state court documents), *overruled on other grounds as recognized in Cross v. Sisto*, 676 F.3d 1172 (9th Cir. 2012); *United States v. Black*, 482 F.3d 1035, 1041 (9th Cir. 2007) (records, including judgments and other court documents, are also proper subjects of judicial notice).

For the foregoing reasons, Intervenors respectfully request that this Court take judicial notice of Exhibits A through I, as attached hereto.

Respectfully Submitted,

DATED:  July 22, 2013                    INTERVENORS


By: /s/ Samantha R. Azulay
TOM MYERS
SAMANTHA R. AZULAY
CHRISTINA YANG
*Attorneys for Intervenors*