| | |
|---|---|
| PAUL J. CAMBRIA, JR. (SBN 177957)<br>    pcambria@lglaw.com<br>LIPSITZ GREEN SCIME CAMBRIA LLP<br>631 West Beverly Blvd., Second Floor<br>Los Angeles, CA  90026<br><br>H. LOUIS SIRKIN (*Admitted Pro Hac Vice*)<br>    hls@santen-hughes.com<br>SANTEN & HUGHES, LPA<br>600 Vine Street, Suite 2700,<br>Cincinnati, Ohio  45202<br>Telephone: (513) 721-4450<br><br>ROBERT CORN-REVERE (*Admitted Pro Hac Vice*)<br>    bobcornrevere@dwt.com<br>DAVIS WRIGHT TREMAINE LLP<br>1919 Pennsylvania Avenue, NW, Suite 800<br>Washington, DC  20006<br>Telephone:  (202) 873-4200<br><br>Attorneys for Plaintiffs<br>VIVID ENTERTAINMENT, LLC; CALIFA PRODUCTIONS, INC.; JANE DOE A/K/A KAYDEN KROSS; AND JOHN DOE AKA LOGAN PIERCE | JOHN F. KRATTLI, County Counsel<br>RICHARD K. MASON, Assistant County Counsel<br>ROBERT E. RAGLAND, Principal Deputy County Counsel<br>(SBN 175357) • rragland@counsel.lacounty.gov<br>ANDREA E. ROSS, Sr. Deputy County Counsel<br>(SBN 179398) • aross@counsel.lacounty.gov<br>648 Kenneth Hahn Hall of Administration<br>500 West Temple Street<br>Los Angeles, CA  90012-2713<br><br>JOEL N. KLEVENS (SBN 45446)<br>    jklevens@glaserweil.com<br>JOHN LY (SBN 247477)<br>    jly@glaserweil.com<br>GLASER WEIL FINK JACOBS HOWARD AVCHEN & SHAPIRO LLP<br>10250 Constellation Boulevard, 19th floor<br>Los Angeles, California  90067<br><br>See attached for additional counsel for Defendants<br><br>Attorneys for Defendants<br>JONATHAN FIELDING, Director of Los Angeles County Department of Public Health, JACKIE LACEY, Los Angeles County District Attorney, and COUNTY OF LOS ANGELES |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| VIVID ENTERTAINMENT, LLC; CALIFA PRODUCTIONS, INC.; JANE DOE a/k/a Kayden Kross; and JOHN DOE a/k/a Logan Pierce<br><br>         Plaintiffs,<br><br>    vs.<br><br>JONATHAN FIELDING, Director of Los Angeles County Department of Public Health, JACKIE LACEY, Los Angeles County District Attorney, and COUNTY OF LOS ANGELES,<br><br>         Defendants, and<br><br>MICHAEL WEINSTEIN, MARIJANE JACKSON, ARLETTE DE LA CRUZ, MARK MCGRATH, WHITNEY ENGERAN, and the CAMPAIGN COMMITTEE YES ON B, MAJOR FUNDING BY THE AIDS HEALTHCARE foundation<br><br>         Defendants-Intervenors, | Case No.: 13-CV-00190-DDP-AGR<br><br><br><br><br>**JOINT F.R.C.P.  26(F) REPORT**<br><br><br><br>Date:          July 6, 2015<br>Time:         3:30 p.m.<br>Assigned to:  Hon. Dean Pregerson<br>Courtroom:    3 |

- 1 -

JOINT F.R.C.P. 26(B) REPORT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*Additional counsel for Defendants*

TOM MYERS (SBN 176008)
    tom.myers@aidshealth.org
SAMANTHA R. AZULAY (SBN 283424,
    samantha.azulay@aidshealth.org
AIDS HEALTHCARE FOUNDATION
6255 W. Sunset Blvd., 21st floor
Los Angeles, California  90028

**SANTEN & HUGHES LPA**
600 Vine Street, Suite 2700
Cincinnati, Ohio 45202

- 2 -

JOINT F.R.C.P. 26(B) REPORT

On June 16, 2015, Plaintiffs, Vivid Entertainment, LLC; Califa Productions, Inc.; Jane Doe a/k/a Kayden Kross; and John Doe a/k/a Logan Pierce ("Plaintiffs") and Defendants, Jonathan Fielding, Director of Los Angeles county Department of Public Health, Jackey Lacie, Los Angeles County District Attorney, and County of Los Angeles ("Defendants") and Defendants-Intervenors, Michael Weinstein, Marijane Jackson, Arlette Dela Cruz, Mark McGrath, Whitney Engeran and the Campaign Committee Yes on B, Major Funding By the Aids Healthcare Foundation ("Defendant-Intervenors") (collectively, the "Parties"), through their respective counsel of record, met and conferred as required by Federal Rule of Civil Procedure ("FRCP") 26(f), Central District of California Local Rule 26-1 and this Court's Scheduling Order ("initial meeting of counsel").  The initial meeting of counsel occurred  between counsel for Plaintiffs, Paul Cambria of  Lipsitz Green Scime Cambria LLP and H. Louis Sirkin of Santen & Hughes, LPA, and counsel for Defendant, Robert E. Ragland, Principal County Deputy Counsel, Joel N. Klevens and John Ly of Glaser Weil Fink Jacobs Howard Avchen & Shapiro, LLP; and counsel for Defendants-Intervenors Tom Myers.  The scheduling conference is set for July 6, 2015 at 3:30 p.m. The Parties discussed the following matters.

## I.  Background and Principal Issues

Plaintiffs are adult film producers and performers who appear in adult films who brought a challenge against various county officials for declaratory relief against an ordinance passed by referendum.  Among the various requirements of its referendum, adult performers are required to use condoms during the filming of anal and vaginal intercourse. This Court granted a preliminary injunction enjoining several requirements of the referendum, however, the Court denied preliminary injunctive relief regarding the use of condoms.  The Court found that Plaintiffs did not have a substantial likelihood of success on the merits of their claim that the condom mandate violated their freedom of expression.  See: Vivid Entertainment, LLC, et al. v. Fielding, et al., 965 F. Supp. 1113 (C.D. Cal 2013).

- 3 -

JOINT F.R.C.P. 26(B) REPORT

1  This denial of preliminary injunctive relief was appealed to the Ninth Circuit Court of
2  Appeals and the denial of the preliminary injunctive relief was affirmed.  See:  <u>Vivid</u>
3  <u>Entertainment, LLC, et al. v. Fielding, et al.</u>, 774 F.3d 566 (C.A. 9th Cir. 2014).
4  The case is now before this Court for further proceedings.

## II.  Pleadings

6  The Parties do not anticipate any amendments of the pleadings.

## III.  Discovery

8  <u>Proposed Schedule</u>:  Please see section VIII below for a proposed discovery schedule,
9  as agreed to by the Parties at the initial meeting of counsel.
10 <u>Initial Discovery</u>:  During the initial meeting of counsel, the Parties agreed that no
11 modification of F.R.C.P. 26(A)(1) is necessary and the Parties will, therefore, serve their
12 respective initial disclosures per the Federal Rules of Civil Procedure on or before July 31,
13 2015.
14 <u>Discovery Issues</u>:  Plaintiff intends to seek discovery from Defendants-Intervenors
15 regarding their studies allegedly supporting their claim that the spread of sexually transmitted
16 diseases is a serious problem in the adult film industry and the use of condoms will
17 substantially reduce this alleged problem.  Defendants-Intervenors intend to seek discovery
18 on a number of matters, including adult industry efforts at self-regulation and voluntary
19 testing, and information from Defendant County regarding information as to sexually
20 transmitted disease infection.
21 <u>Depositions</u>:  In addition to propounding written discovery on Defendants and
22 Defendants-Intervenors, Plaintiffs plan to depose members of the county health department
23 and individually named Defendants-Intervenors and their representatives.  Plaintiffs reserve
24 the right to depose other individuals should Plaintiffs determine it necessary as discovery
25 progresses.  Defendants-Intervenors also intend to take similar depositions of both the
26 County health department and Plaintiffs, and reserve similar rights.
27 <u>Experts</u>:  While Plaintiffs reserve their right to designate additional issues for expert
28 testimony, at this time Plaintiffs believe such issues relating to sexually transmitted diseases,

- 4 -
JOINT F.R.C.P. 26(B) REPORT

and the expressive message conveyed by adult films portraying actual acts of anal and vaginal intercourse without condoms and the lack of alternatives for the portrayal of said acts in films. During the initial meeting of counsel, the Parties agreed to provide expert disclosures as set forth in F.R.C.P. 26 (a)(2).

Electronic Discovery: During the initial meeting of counsel, the Parties agreed to preserve any relevant information that may be stored in computer systems to the fullest extent possible.

Claims of Privilege: The Parties do not anticipate any claims of privilege at this time that cannot be worked out via a stipulated protective order.

Limitation on Discovery: During the initial meeting of counsel, the Parties agreed to that no modifications on the limitations on discovery imposed under the Federal Rules of Civil Procedure are necessary.

### IV. Law and Motions

Please see section VIII below for an agreed date on proposed law and motion schedule. The Parties anticipate the filing of cross-motions for summary judgment after receiving written discovery and after depositions.

### V. Trial

At the initial meeting of counsel, the Parties agreed to a two to three day bench trial. Please see section VIII below for an agreed-upon pretrial conference and trial schedule.

### VI. Settlement

During the initial meeting of counsel, the Parties discussed whether or not settlement is possible. At this time it does not appear that settlement is possible and it does not appear that alternative dispute resolution is likely to resolve this case.

### VII. Case Management

Reference: During the initial meeting of counsel, the Parties agreed that at this time, it is not necessary to refer any matter to a Magistrate, Judge or a Master.

Severance / Bifurcation: During the initial meeting of counsel, the Parties agreed that at this time, there is no need to sever or bifurcate any issue.

- 5 -
JOINT F.R.C.P. 26(B) REPORT

**SANTEN & HUGHES LPA**
600 Vine Street, Suite 2700
Cincinnati, Ohio 45202

1       <u>Other Issues</u>: During the initial meeting of counsel, the Parties agreed that at this
2 time, there are no unique issues affecting the management or the state of the case.
3                                       VIII.  <u>Proposed Schedule</u>
4       During the initial meeting of counsel, the Parties agreed to the following proposed
5 schedule deadlines:

| Event | Completion Deadlines |
|---|---|
| Written Discovery | December 31, 2015 |
| Depositions | December 31, 2015 |
| Discovery Cut-Off | December 31, 2015 |
| Motion Cut-Off | February 15, 2016 |
| Expert Discovery Cut-Off | December ___, 2015 |
| Final Pre-Trial Conference | April ____, 2016 |
| Trial | April ____, 2016 |

Dated: June ___, 2015           LIPITZ GREENE SCIME CAMBRIA, LLP

By:   /s/ Paul Cambria

SANTEN & HUGHES, LPA

By:   /s/ H. Louis Sirkin

Attorneys for Plaintiffs

Dated: June ___, 2015           /s/ Robert E. Ragland

GLASER WEIL FINK JACOBS HOWARD AVCHEN & SHAPIRO LLP

By:   /s/ Joel N. Klevens

Attorneys for Defendants

**SANTEN & HUGHES LPA**
600 Vine Street, Suite 2700
Cincinnati, Ohio 45202

Dated: June ____, 2015

By: /s/ Tom Myers

Attorneys for Defendants-Intervenors

579974.2

JOINT F.R.C.P. 26(B) REPORT

**SANTEN & HUGHES LPA**
600 Vine Street, Suite 2700
Cincinnati, Ohio 45202

| | |
|---|---|
| PAUL J. CAMBRIA, JR. (SBN 177957)<br>  pcambria@lglaw.com<br>LIPSITZ GREEN SCIME CAMBRIA LLP<br>631 West Beverly Blvd., Second Floor<br>Los Angeles, CA 90026<br><br>H. LOUIS SIRKIN (*Admitted Pro Hac Vice*)<br>  hls@santen-hughes.com<br>SANTEN & HUGHES, LPA<br>600 Vine Street, Suite 2700,<br>Cincinnati, Ohio 45202<br>Telephone: (513) 721-4450<br><br>ROBERT CORN-REVERE (*Admitted Pro Hac Vice*)<br>  bobcornrevere@dwt.com<br>DAVIS WRIGHT TREMAINE LLP<br>1919 Pennsylvania Avenue, NW, Suite 800<br>Washington, DC 20006<br>Telephone: (202) 873-4200<br><br>Attorneys for Plaintiffs<br>VIVID ENTERTAINMENT, LLC; CALIFA PRODUCTIONS, INC.; JANE DOE A/K/A KAYDEN KROSS; AND JOHN DOE AKA LOGAN PIERCE | JOHN F. KRATTLI, County Counsel<br>RICHARD K. MASON, Assistant County Counsel<br>ROBERT E. RAGLAND, Principal Deputy County Counsel<br>(SBN 175357) • rragland@counsel.lacounty.gov<br>ANDREA E. ROSS, Sr. Deputy County Counsel<br>(SBN 179398) • aross@counsel.lacounty.gov<br>648 Kenneth Hahn Hall of Administration<br>500 West Temple Street<br>Los Angeles, CA 90012-2713<br><br>JOEL N. KLEVENS (SBN 45446)<br>  jklevens@glaserweil.com<br>JOHN LY (SBN 247477)<br>  jly@glaserweil.com<br>GLASER WEIL FINK JACOBS HOWARD AVCHEN & SHAPIRO LLP<br>10250 Constellation Boulevard, 19th floor<br>Los Angeles, California 90067<br><br>See attached for additional counsel for Defendants<br><br>Attorneys for Defendants<br>JONATHAN FIELDING, Director of Los Angeles County Department of Public Health, JACKIE LACEY, Los Angeles County District Attorney, and COUNTY OF LOS ANGELES |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| VIVID ENTERTAINMENT, LLC; CALIFA PRODUCTIONS, INC.; JANE DOE a/k/a Kayden Kross; and JOHN DOE a/k/a Logan Pierce<br><br>    Plaintiffs,<br><br>    vs.<br><br>JONATHAN FIELDING, Director of Los Angeles County Department of Public Health, JACKIE LACEY, Los Angeles County District Attorney, and COUNTY OF LOS ANGELES,<br><br>    Defendants, and<br><br>MICHAEL WEINSTEIN, MARIJANE JACKSON, ARLETTE DE LA CRUZ, MARK MCGRATH, WHITNEY ENGERAN, and the CAMPAIGN COMMITTEE YES ON B, MAJOR FUNDING BY THE AIDS HEALTHCARE foundation<br><br>    Defendants-Intervenors, | Case No.: 13-CV-00190-DDP-AGR<br><br>**Certificate of Service** |

- 8 -

JOINT F.R.C.P. 26(B) REPORT

I hereby certify that on 06/29/2015, I electronically filed the foregoing Motion with the Clerk of the District Court using the CM/ECF system.

I hereby certify that on 06/29/2015, a copy of the Motion was also delivered to the following via CM/ECF:

**Andrea E Ross**
Office of the County Counsel
648 Kenneth Hahn Hall of Administration
500 West Temple Street
Los Angeles, CA 90012-2713

**John K Ly**
Glaser Weil Fink Jacobs Howard Avchen & Shapiro LLP
10250 Constellation Boulevard 19th Floor
Los Angeles, CA 90067

Dated:     June 8, 2015
           Buffalo, New York            s: /Kristina Drewery
                                        Kristina Drewery

SANTEN & HUGHES LPA
600 Vine Street, Suite 2700
Cincinnati, Ohio 45202

- 9 -
JOINT F.R.C.P. 26(B) REPORT