# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 13-00190 DDP (AGRx) | Date | July 6, 2015 |

Title    VIVID ENTERTAINMENT, LLC; CALIFA PRODUCTIONS, INC.; JANE DOE a/k/a KAYDEN KROSS -V- JONATHAN FIELDING, DIRECTOR OF LOS ANGELES COUNTY DEPARTMENT OF PUBLIC HEALTH; JACKIE LACEY, LOS ANGELES COUNTY DISTRICT ATTORNEY, and COUNTY OF LOS ANGELES

═══════════════════════════════════════════════════════════════

Present: The Honorable     DEAN D. PREGERSON, U.S. DISTRICT JUDGE

| John A. Chambers | Maria Bustillos | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| H. Louis Sirkin - **telephonic** <br> Paul J. Cambria , Jr | None Present |

Attorneys Present for the Interveners:

Thomas Andrew Myers - **telephonic**

Proceedings:

## SCHEDULING CONFERENCE

Held scheduling conference.

Court and counsel confer re case status.

Court sets trial dates. (Refer to the SCHEDULING ORDER to be issued hereafter.)

| 0 0 | : | 10 |
|---|---|---|

Initials of Preparer