PAUL J. CAMBRIA, JR. (State Bar No. 177957)
  pcambria@lglaw.com
LIPSITZ GREEN SCIME CAMBRIA LLP
1631 West Beverly Blvd., Second Floor
Los Angeles, CA 90026
Telephone: (323) 883-1807

JANET L. GRUMER (State Bar No. 232723)
  janetgrumer@dwt.com
MATTHEW D. PETERSON (State Bar No. 251490)
  matthewpeterson@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, Suite 2400
Los Angeles, CA 90017-2566
Telephone: (213) 633-6800

*See attached for additional counsel for Plaintiffs*

Attorneys for Plaintiffs
VIVID ENTERTAINMENT, LLC; CALIFA PRODUCTIONS, INC.; JANE DOE A/K/A KAYDEN KROSS; AND JOHN DOE A/K/A LOGAN PIERCE

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIVID ENTERTAINMENT, LLC; CALIFA PRODUCTIONS, INC.; JANE DOE a/k/a Kayden Kross; and JOHN DOE a/k/a Logan Pierce, <br><br> Plaintiffs, <br><br> vs. <br><br> JONATHAN FIELDING, Director of Los Angeles County Department of Public Health, JACKIE LACEY, Los Angeles County District Attorney, and COUNTY OF LOS ANGELES <br><br> Defendants. | Case No. **CV 13-00190 DDP (AGR)** <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE** |

1

STIPULATION OF DISMISSAL WITH PREJUDICE
27047.0383

LIPSITZ GREEN SCIME CAMBRIA LLP
1631 WEST BEVERLY BLVD., SECOND FLOOR
LOS ANGELES, CALIFORNIA 90026
(323) 883-1807

*Additional counsel for Plaintiffs:*

H. LOUIS SIRKIN (*Admitted Pro Hac Vice*)
    HLS@santen-hughes.com
Santen & Hughes LPA
600 Vine Street, Suite 2700
Cincinnati, OH 45202
Telephone: (513) 721-4450

ROBERT CORN-REVERE (*Admitted Pro Hac Vice*)
    bobcornrevere@dwt.com
RONALD G. LONDON (*Admitted Pro Hac Vice*)
    ronnielondon@dwt.com
DAVIS WRIGHT TREMAINE LLP
1919 Pennsylvania Avenue, NW, Suite 800
Washington, DC 20006
Telephone: (202) 973-4200

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties appearing in this action, that Plaintiffs Jane Doe a/k/a Kayden Kross and John Doe a/k/a Logan Pierce shall be dismissed from this action with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear its own costs and fees.

DATED: October 28, 2015    LIPSITZ GREEN SCIME CAMBRIA LLP
                                           PAUL J. CAMBRIA, JR.
                                           SANTEN & HUGHES LPA
                                           H. LOUIS SIRKIN
                                           DAVIS WRIGHT TREMAINE LLP
                                           ROBERT CORN-REVERE
                                           RONALD G. LONDON
                                           JANET L. GRUMER
                                           MATTHEW D. PETERSON

2

STIPULATION OF DISMISSAL WITH PREJUDICE
27047.0383

**LIPSITZ GREEN SCIME CAMBRIA LLP**
1631 WEST BEVERLY BLVD., SECOND FLOOR
LOS ANGELES, CALIFORNIA 90026
(323) 883-1807

```
                           By: /s/Paul J. Cambria, Jr.
                               Paul J. Cambria, Jr.

                           Attorneys for Plaintiffs
                           VIVID ENTERTAINMENT, LLC;
                           CALIFA PRODUCTIONS, INC.;
                           JANE DOE a/k/a Kayden Kross; and
                           JOHN DOE a/k/a Logan Pierce


DATED: October 28, 2015    GLASER WEIL FINK HOWARD AVCHEN
                              & SHAPIRO LLP
                            PATRICIA L. GLASER
                            JOEL N. KLEVENS
                            CAMILLA Y. CHAN

                           By: /s/Camilla Y. Chan


                           Attorneys for Defendants
                           Jonathan Fielding, Jackie Lacey, and
                           County of Los Angeles


DATED: October 28, 2015    INTERVENORS

                           By: /s/Samantha R. Azulay

                            TOM MYERS
                            SAMANTHA R. AZULAY
                            LIZA M. BRERETON

                           Attorneys for Intervenors
```

3

STIPULATION OF DISMISSAL WITH PREJUDICE
27047.0383

LIPSITZ GREEN SCIME CAMBRIA LLP
1631 WEST BEVERLY BLVD., SECOND FLOOR
LOS ANGELES, CALIFORNIA 90026
(323) 883-1807

PAUL J. CAMBRIA, JR. (State Bar No. 177957)
   pcambria@lglaw.com
LIPSITZ GREEN SCIME CAMBRIA LLP
1631 West Beverly Blvd., Second Floor
Los Angeles, CA 90026
Telephone: (323) 883-1807

JANET L. GRUMER (State Bar No. 232723)
   janetgrumer@dwt.com
MATTHEW D. PETERSON (State Bar No. 251490)
   matthewpeterson@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, Suite 2400
Los Angeles, CA 90017-2566
Telephone: (213) 633-6800

*See attached for additional counsel for Plaintiffs*

Attorneys for Plaintiffs
VIVID ENTERTAINMENT, LLC; CALIFA PRODUCTIONS, INC.; JANE DOE A/K/A KAYDEN KROSS; AND JOHN DOE A/K/A LOGAN PIERCE

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIVID ENTERTAINMENT, LLC; CALIFA PRODUCTIONS, INC.; JANE DOE a/k/a Kayden Kross; and JOHN DOE a/k/a Logan Pierce, <br><br> Plaintiffs, <br><br> vs. <br><br> JONATHAN FIELDING, Director of Los Angeles County Department of Public Health, JACKIE LACEY, Los Angeles County District Attorney, and COUNTY OF LOS ANGELES <br><br> Defendants. | Case No. **CV 13-00190 DDP (AGR)** <br><br> **CERTIFICATE OF SERVICE** |

STIPULATION OF DISMISSAL WITH PREJUDICE
27047.0383

4

LIPSITZ GREEN SCIME CAMBRIA LLP
1631 WEST BEVERLY BLVD., SECOND FLOOR
LOS ANGELES, CALIFORNIA 90026
(323) 883-1807

I hereby certify that on 10/28/2015, I electronically filed the foregoing Stipulation with the Clerk of the District Court using the CM/ECF system.

I hereby certify that on 10/28/2015, a copy of the Stipulation was also delivered to the participants in the case who are registered CM/ECF users, service will be accomplished by the appellate CM/ECF system. To my knowledge there are no participants who are not registered CM/ECF users.

Dated: October 28, 2015

/s/ Amanda E. Workman

Amanda E. Workman

STIPULATION OF DISMISSAL WITH PREJUDICE
27047.0383
5
**LIPSITZ GREEN SCIME CAMBRIA LLP**
1631 WEST BEVERLY BLVD., SECOND FLOOR
LOS ANGELES, CALIFORNIA 90026
(323) 883-1807