# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**NO JS-6**

| | |
|---|---|
| VIVID ENTERTAINMENT, LLC; CALIFA PRODUCTIONS, INC.; JANE DOE a/k/a Kayden Kross; and JOHN DOE a/k/a Logan Pierce, <br><br>Plaintiffs, <br><br>vs. <br><br>JONATHAN FIELDING, Director of Los Angeles County Department of Public Health, JACKIE LACEY, Los Angeles County District Attorney, and COUNTY OF LOS ANGELES <br><br>Defendants. | Case No. **CV 13-00190 DDP (AGR)** <br><br>**ORDER RE STIPULATION OF DISMISSAL WITH PREJUDICE** |

## ORDER

Having considered the stipulation submitted by Plaintiffs Vivid Entertainment, LLC, Califa Productions, Inc., Jane Doe a/k/a Kayden Kross, and John Doe a/k/a Logan Pierce ("Plaintiffs"), Defendants Jonathan Fielding, Jackie Lacey, and County of Los Angeles ("Defendants"), and Intervenors Michael Weinstein, Marijane Jackson, Arlette De La Cruz, Mark McGrath, Whitney Engeran, and the Campaign Committee Yes on B, Major Funding by the AIDS Healthcare Foundation

1

PROPOSED ORDER
27047.0383

**LIPSITZ GREEN SCIME CAMBRIA LLP**
1631 WEST BEVERLY BLVD., SECOND FLOOR
LOS ANGELES, CALIFORNIA 90026
(323) 883-1807

("Intervenors"), IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Stipulation of Dismissal with Prejudice is GRANTED, as follows:

1. Plaintiffs Jane Doe a/k/a Kayden Kross and John Doe a/k/a Logan Pierce shall be dismissed from this action with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure; and

2. Each party to bear its own costs and fees.

**IT IS SO ORDERED.**

DATED: October 30, 2015

Hon. Dean D. Pregerson

PROPOSED ORDER
27047.0383

**LIPSITZ GREEN SCIME CAMBRIA LLP**
1631 WEST BEVERLY BLVD., SECOND FLOOR
LOS ANGELES, CALIFORNIA 90026
(323) 883-1807