Tom Myers (SBN 176008)
E-Mail: tom.myers@aidshealth.org
Samantha R. Azulay (SBN 283424)
E-Mail: samantha.azulay@aidshealth.org
Liza Brereton (SBN 261380)
E-Mail: liza.brereton@aidshealth.org
AIDS Healthcare Foundation
6255 W. Sunset Blvd., 21st FL
Los Angeles, CA 90028
Phone: 323-860-5200
Fax: 323-467-8450
*Attorneys for Intervenors*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIVID ENTERTAINMENT, LLC; CALIFA PRODUCTIONS, INC.; JANE DOE a/k/a Kayden Kross; JOHN DOE a/k/a Logan Pierce<br><br>Plaintiffs,<br>vs.<br><br>JONATHAN FIELDING, Director of Los Angeles County Department of Public Health, JACKIE LACEY, Los Angeles County District Attorney, and COUNTY OF LOS ANGELES,<br><br>Defendants, and<br><br>MICHAEL WEINSTEIN, MARIJANE JACKSON, ARLETTE DE LA CRUZ, MARK MCGRATH, WHITNEY ENGERAN, and the CAMPAIGN COMMITTEE YES ON B, MAJOR FUNDING BY THE AIDS HEALTHCARE FOUNDATION<br><br>Defendants-Intervenors. | Case No.: 13-CV-00190-DDP-AGR<br><br>**JOINT STIPULATION TO CONTINUE THE TRIAL AND RELATED DATES**<br><br>Complaint Filed: January 10, 2013<br>Judge: Dean D. Pregerson<br>Location: Courtroom 3<br>Trial Date: |

1    IT IS HEREBY STIPULATED by and between the parties Plaintiffs Vivid Entertainment, LLC and Califa Productions, Inc., Defendant County of Los Angeles, and Defendant Intervenors Michael Weinstein, Marijane Jackson, Arlette De La Cruz, Mark McGrath, Whitney Engeran, and the Campaign Committee Yes on B, Major Funding by the AIDS Healthcare Foundation (collectively, the "Parties"), by and through their respective counsel, as follows:

A.    WHEREAS the Parties have been propounding and responding to discovery requests, and certain discovery disputes have arisen;

B.    WHEREAS, the Parties have been attempting to resolve these discovery disputes through numerous meet and confer calls and letters;

C.    WHEREAS the Parties have begun noticing depositions and are meeting and conferring to schedule such depositions;

D.    WHEREAS the Parties need additional time to resolve their discovery disputes informally through meeting and conferring and also expect that at least two motions to compel discovery will be filed;

E.    WHEREAS in light of the foregoing, counsel for the Parties agree that a continuance of the trial date and related dates is in the best interest of the Parties and works in favor of judicial economy to reduce the number of motions to compel and the number of issues raised in such motions;

F.    WHEREAS the Parties have the following scheduling conflicts and thus need a continuance of the Fact Discovery Cutoff date to May 31, 2016:

- <u>Defendant Intervenors</u>:  January 11-13, 2016 trial; January 22-23, 2016 trial; February 1-15, 2016 trial; March 7-11, 2016 trial; April 22-May 3, 2016 holiday & vacation; May 7-15, 2016 vacation.

- <u>Plaintiffs</u>:  January 19-February 5, 2016 trial; January 20-25, 2016 conference; February 4-8, 2016 vacation; February 10-14, 2016 conference; one-week criminal trial in February 2016 with dates to be determined; February 29-March 3, 2016 arbitration; three trials in March through April 2016 with dates to

be determined; and a mid-2016 three week criminal trial.

G. WHEREAS counsel for the Parties further agree that the other corresponding deadlines in addition to the Fact Discovery Cutoff date should be continued as follows:

1. Expert Disclosure deadline continued to June 15, 2016;
2. Expert Discovery Cutoff date continued to August 15, 2016;
3. Last Day to File Motions continued to September 15, 2016;
4. Pretrial Conference date continued to December 5, 2016; and
5. Trial date continued to December 13, 2016.

THEREFORE IT IS HEREBY STIPULATED AND AGREED, by and between all of the Parties to this action, that:

1. The Discovery Cutoff date should be continued to May 31, 2016;
2. The Expert Disclosure deadline should be continued to June 15, 2016;
3. The Expert Discovery Cutoff date should be continued to August 15, 2016;
4. The Last Day to File Motions should be continued to September 15, 2016;
5. The Pretrial Conference date should be continued to December 5, 2016; and
6. The Trial date should be continued to December 13, 2016.

1  **IT IS SO STIPULATED.**

3  DATED:  November 6, 2015                SANTEN & HUGHES, LPA

6                                          By:  /s/    H. Louis Sirkin
                                                H. LOUIS SIRKIN (pro hac vice)

                                            *Attorneys for Plaintiffs Vivid Entertainment, LLC., and Califa Productions, Inc.*

10  DATED:  November 6, 2015               LIPSITZ GREENE SCIME CAMBRIA, LLP

12                                         By:  /s/    Paul Cambria
                                                PAUL CAMBRIA

                                            *Attorneys for Plaintiffs Vivid Entertainment, LLC., and Califa Productions, Inc.*

17                                         GLASER WEIL FINK
18  DATED:  November 6, 2015                 HOWARD AVCHEN & SHAPIRO LLP

20                                         By:  /s/    Joel N. Klevens
                                                PATRICIA L. GLASER
                                                JOEL N. KLEVENS
                                                CAMILLA CHAN
                                                *Attorneys for Defendant*

24  DATED:  November 6, 2015

                                            DEFENDANT INTERVENORS MICHAEL WEINSTEIN, MARIJANE JACKSON, ARLETTE DE LA CRUZ, MARK MCGRATH, WHITNEY ENGERAN, and the CAMPAIGN COMMITTEE YES ON B, MAJOR FUNDING BY AIDS HEALTHCARE Foundation

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

By: ___/s/_____Tom Myers_____
TOM MYERS
SAMANTHA R. AZULAY
LIZA M. BRERETON
*Attorneys for Defendant Intervenors*