Tom Myers (SBN 176008)
E-Mail: tom.myers@aidshealth.org
Samantha R. Azulay (SBN 283424)
E-Mail: samantha.azulay@aidshealth.org
Liza Brereton (SBN 261380)
E-Mail: liza.brereton@aidshealth.org
AIDS Healthcare Foundation
6255 W. Sunset Blvd., 21st FL
Los Angeles, CA 90028
Phone: 323-860-5200
Fax: 323-467-8450
*Attorneys for Intervenors*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIVID ENTERTAINMENT, LLC; CALIFA PRODUCTIONS, INC.; JANE DOE a/k/a Kayden Kross; JOHN DOE a/k/a Logan Pierce<br><br>Plaintiffs,<br>vs.<br><br>JONATHAN FIELDING, Director of Los Angeles County Department of Public Health, JACKIE LACEY, Los Angeles County District Attorney, and COUNTY OF LOS ANGELES,<br><br>Defendants, and<br><br>MICHAEL WEINSTEIN, MARIJANE JACKSON, ARLETTE DE LA CRUZ, MARK MCGRATH, WHITNEY ENGERAN, and the CAMPAIGN COMMITTEE YES ON B, MAJOR FUNDING BY THE AIDS HEALTHCARE FOUNDATION<br><br>Defendants-Intervenors. | Case No.: 13-CV-00190-DDP-AGR<br><br>[~~PROPOSED~~ PROPOSED ORDER] RE: JOINT STIPULATION TO CONTINUE THE TRIAL AND RELATED DATES<br><br>Complaint Filed: January 10, 2013<br>Judge: Dean D. Pregerson<br>Location: Courtroom 3<br>Trial Date: |

---

1
**[PROPOSED] ORDER TO CONTINUE THE TRIAL AND RELATED DATES**

# [~~PROPOSED~~] ORDER

Based upon the foregoing stipulation of counsel,

**IT IS HEREBY ORDERED** that:

1. The Discovery Cutoff date is continued to May 31, 2016;
2. The Expert Disclosure deadline is continued to June 15, 2016;
3. The Expert Discovery Cutoff date is continued to August 15, 2016;
4. The Last Day to File Motions is continued to September 15, 2016;
5. The Pretrial Conference date is continued to December 5, 2016; and
6. The Trial Date is continued to December 13, 2016.

DATED: 11/9/2015

By: /s/ Hon. Dean D. Pregerson
Honorable Dean D. Pregerson,
Judge
United States District Court,
Central District of California