# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 13-00190-DDP (AGRx) | Date | December 4, 2015 |
|---|---|---|---|
| Title | Vivid Entertainment LLC et al v. Jonathan Fielding et al | | |

| Present: The Honorable | Alicia G. Rosenberg, United States Magistrate Judge | |
|---|---|---|
| K. Lozada | CS 12/04/2015 | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| H. Louis Sirkin, Esq. | Camilla Y Chan, Esq. |
| Paul J. Cambria, Esq. | Robert Ragland, Esq. |

**Proceedings:**   **TELEPHONIC CONFERENCE**

 Case called. Parties state their appearances. Samantha Robin Azulay, Esq., appears on behalf of the Intervenors. Disclosure is made on the record and counsel have no objections. The settlement conference scheduled for December 8, 2015, will go forward.

cc: The Parties

|  | 0 | : | 5 |
|---|---|---|---|
| Initials of Preparer | | kl | |