UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 13-00190-DDP (AGRx) | Date | December 8, 2015 |
|---|---|---|---|
| Title | Vivid Entertainment LLC et al v. Jonathan Fielding et al | | |

| Present: The Honorable | Alicia G. Rosenberg, United States Magistrate Judge | |
|---|---|---|
| K. Lozada | CS 12/08/2015 | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs:<br>H. Louis Sirkin, Esq.<br>Paul J. Cambria, Esq. | | Attorneys Present for Defendants:<br>Robert E. Ragland, Esq.<br>Joel N. Klevens, Esq. |

**Proceedings:**     **SETTLEMENT CONFERENCE**

Case called. Parties state their appearances. Samantha Robin Azulay, Esq., & Liza M. Brereton, Esq., appear on behalf of the Intervenors.

The settlement conference is conducted off the record.

Settlement negotiations are ongoing. The court sets a telephonic settlement status conference on Monday, January 11, 2016, at 10:00 a.m.

The call in information is as follows: Call-in Number: (213) 894-0800; Meeting ID: 7002#; User Password: 7664#. If you have any problems connecting to this call, please contact the Space & Facilities Help Desk at (213) 894-1400.

cc:  District Judge Dean D. Pregerson

|  | 2 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | kl | |