UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 13-190-DDP (AGRx) | Date | January 21, 2016 |
|---|---|---|---|
| Title | Vivid Entertainment LLC, et al. v. Jonathan Fielding, et al. | | |

| Present: The Honorable | Alicia G. Rosenberg, United States Magistrate Judge | |
|---|---|---|
| Marine Pogosyan | None | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| H. Louis Sirkin | Camilla Y. Chan |
| | Andrea E. Ross |
| | Joel Klevens |

**Proceedings:**   **TELEPHONIC STATUS CONFERENCE RE SETTLEMENT**

A telephonic status conference regarding settlement is held off the record. Samantha R. Azulay, Esq. appears on behalf of Intervenors.

A settlement has been reached. The parties shall lodge a Stipulation of Dismissal with the Court no later than **March 31, 2016.** If the stipulation is not lodged by the date, counsel are ordered to contact Marine Pogosyan, Clerk to Judge Rosenberg, at (213) 894-5419 to notify the Court why the settlement has not been finalized and the Stipulation of Dismissal has not been lodged.

Intervenors motions to compel, Dkt. Nos. 101, 102, and 103, set for January 26, 2016 are VACATED.

|  | 0 | : | 15 |
|---|---|---|---|
| | Initials of Preparer | | mp |