PAUL J. CAMBRIA, JR. (State Bar No. 177957)
    pcambria@lglaw.com
LIPSITZ GREEN SCIME CAMBRIA LLP
1631 West Beverly Blvd., Second Floor
Los Angeles, CA 90026
Telephone: (323) 883-1807

JANET L. GRUMER (State Bar No. 232723)
    janetgrumer@dwt.com
MATTHEW D. PETERSON (State Bar No. 251490)
    matthewpeterson@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, Suite 2400
Los Angeles, CA  90017-2566
Telephone: (213) 633-6800

*See attached for additional counsel for Plaintiffs*

Attorneys for Plaintiffs
VIVID ENTERTAINMENT, LLC; CALIFA
PRODUCTIONS, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| VIVID ENTERTAINMENT, LLC; CALIFA PRODUCTIONS, INC., | Case No. **CV 13-00190 DDP (AGR)** |
| Plaintiffs, | **NOTICE OF DISMISSAL** |
| vs. | |
| JONATHAN FIELDING, Director of Los Angeles County Department of Public Health, JACKIE LACEY, Los Angeles County District Attorney, and COUNTY OF LOS ANGELES | |
| Defendants. | |

1

*Additional counsel for Plaintiffs:*

H. LOUIS SIRKIN (*Admitted Pro Hac Vice*)
    HLS@santen-hughes.com
Santen & Hughes LPA
600 Vine Street, Suite 2700
Cincinnati, OH 45202
Telephone: (513) 721-4450

ROBERT CORN-REVERE (*Admitted Pro Hac Vice*)
    bobcornrevere@dwt.com
RONALD G. LONDON (*Admitted Pro Hac Vice*)
    ronnielondon@dwt.com
DAVIS WRIGHT TREMAINE LLP
1919 Pennsylvania Avenue, NW, Suite 800
Washington, DC 20006
Telephone: (202) 973-4200

     Plaintiffs Vivid Entertainment, LLC and Califa Productions, Inc. hereby dismiss the instant action with prejudice against Defendants Jonathan Fielding, Director of Los Angeles County Department of Public Health, Jackie Lacey, Los Angeles County District Attorney, and County of Los Angeles as set forth in the attached Settlement Agreement and General Release executed on March 29, 2016.

DATED: March 31, 2016     LIPSITZ GREEN SCIME CAMBRIA LLP
                      PAUL J. CAMBRIA, JR.
                      SANTEN & HUGHES LPA
                      H. LOUIS SIRKIN
                      DAVIS WRIGHT TREMAINE LLP
                      ROBERT CORN-REVERE
                      RONALD G. LONDON
                      JANET L. GRUMER
                      MATTHEW D. PETERSON

NOTICE OF DISMISSAL
27047.0383

1

2          By:/s/Paul J. Cambria, Jr.
                    Paul J. Cambria, Jr.
3
           Attorneys for Plaintiffs
4          VIVID ENTERTAINMENT, LLC;
           CALIFA PRODUCTIONS, INC
5

6
   DATED:   March 31, 2016     GLASER WEIL FINK HOWARD AVCHEN
7                                   & SHAPIRO LLP
                               PATRICIA L. GLASER
8                              JOEL N. KLEVENS
                               CAMILLA Y. CHAN
9
           By:/s/Camilla Y. Chan
10

11         Attorneys for Defendants
           Jonathan Fielding, Jackie Lacey, and
12         County of Los Angeles

13
   DATED:   March 31, 2016     INTERVENORS
14
           By:/s/Samantha R. Azulay
15
           TOM MYERS
16         SAMANTHA R. AZULAY
           LIZA M. BRERETON
17
           Attorneys for Intervenors
18

19

20

21

22

23

24

25

26

27

28

LIPSITZ GREEN SCIME CAMBRIA LLP
1631 WEST BEVERLY BLVD., SECOND FLOOR
LOS ANGELES, CALIFORNIA 90026
(323) 883-1807

1 PAUL J. CAMBRIA, JR. (State Bar No. 177957)
    pcambria@lglaw.com
2 LIPSITZ GREEN SCIME CAMBRIA LLP
3 1631 West Beverly Blvd., Second Floor
Los Angeles, CA 90026
4 Telephone: (323) 883-1807

5 JANET L. GRUMER (State Bar No. 232723)
    janetgrumer@dwt.com
6 MATTHEW D. PETERSON (State Bar No. 251490)
    matthewpeterson@dwt.com
7 DAVIS WRIGHT TREMAINE LLP
8 865 South Figueroa Street, Suite 2400
Los Angeles, CA  90017-2566
9 Telephone: (213) 633-6800

10 *See attached for additional counsel for Plaintiffs*

11
Attorneys for Plaintiffs
12 VIVID ENTERTAINMENT, LLC; CALIFA
PRODUCTIONS, INC
13
                **UNITED STATES DISTRICT COURT**
14
                **CENTRAL DISTRICT OF CALIFORNIA**
15

16
17 VIVID ENTERTAINMENT, LLC;          )
CALIFA PRODUCTIONS, INC,             ) Case No. **CV 13-00190 DDP (AGR)**
18                                     )
              Plaintiffs,             )
19                                     ) **CERTIFICATE OF SERVICE**
         vs.                          )
20                                     )
21 JONATHAN FIELDING, Director of     )
Los Angeles County Department of     )
22 Public Health, JACKIE LACEY, Los   )
Angeles County District Attorney, and)
COUNTY OF LOS ANGELES                )
23                                     )
              Defendants.             )
24 _____)

25

26

27

28

NOTICE OF DISMISSAL
27047.0383

4

I hereby certify that on 03/31/2016, I electronically filed the foregoing Stipulation with the Clerk of the District Court using the CM/ECF system.

I hereby certify that on 03/31/2016, a copy of the Stipulation was also delivered to the participants in the case who are registered CM/ECF users, service will be accomplished by the appellate CM/ECF system. To my knowledge there are no participants who are not registered CM/ECF users.

Dated:  March 31, 2016

/s/ Amanda E. Workman

Amanda E. Workman

NOTICE OF DISMISSAL
27047.0383

LIPSITZ GREEN SCIME CAMBRIA LLP
1631 WEST BEVERLY BLVD., SECOND FLOOR
LOS ANGELES, CALIFORNIA 90026
(323) 883-1807